
EXHIBIT 1

1

## AFFIDAVIT OF AMY VILELA

2

County of Clark          )

3

                         )          .ss

State of Nevada          )

4

I, Amy Vilela, do hereby depose and state, and would testify as follows:

5

1.  I am, and at all relevant times have been, a resident of Clark County, State of

6

    Nevada.

7

2.  I am the mother of Shalynne V. Ramos who died on June 28, 2015.

8

3.  On December 24, 2014 Shalynne had fallen on her knee and had torn her ACL.

9

    This occurred in Kansas City, MO.

10

11

4.  Shalynne explained to me that she did not seek further treatment as she was told it

12

    would heal on its own.  She was told, at that time, that torn ACLs will often heal on

13

    their own and that if it did not heal, she may decide to explore surgery for full

14

    functionality.

15

5.  On May 23, 2015, Shalynne drove approximately 22 hours from Missouri to Las

16

    Vegas, Nevada, arriving May 25, 2015.  As soon as she arrived in Las Vegas, she

17

    was complaining of pain and swelling in her knee and lower leg, including the calf

18

19

    area. I personally observed this swelling in the knee and lower leg, including her

20

    calf area.  She likened the pain to having "charley horses" in her calf area.  She

21

    repeatedly complained of these "charley horses" over the next several weeks.

22

6.  From May 27, 2015 to May 31, 2015, I was in San Diego for work.  I spoke with

23

    Shalynne several times while I was in San Diego.  I recall her stating that her knee

24

    still appeared swollen and the she had pain in her knee and lower leg.

25

26

27

28

7. On June 1, 2015, the morning after I arrived back in Las Vegas, Shalynne again complained of pain in her knee and lower leg. She continued to remark about the swelling and pain, including the "charley horse" sensations.

8. On June 3, 2015, Shalynne fell again, including on her previously injured knee. She indicated that was in extreme pain in her knee and lower leg and she went to Centennial Hospital in Las Vegas, Nevada that same day.

9. Shalynne did not believe she had insurance at the time. She informed me that when she went to Centennial Hospital that day, she was immediately asked whether she had insurance. In fact, she called me during the intake process at the hospital to ask me whether she had insurance through Tricare insurance. When she indicated that she did not, she was told that she should avoid having to pay by going and obtaining insurance and then returning at a later date.

10. Shalynne informed me that during her exam in the emergency room, she was told repeatedly that the problem with her knee was not something that the hospital could address and that she could return when she had insurance or she could obtain insurance and then seek surgery on her knee. She told the hospital personnel that she had extreme pain in her knee and lower leg and that something was seriously wrong with her. She demanded that they perform additional testing on her leg, including an MRI. The hospital refused.

11. At that time, Shalynne was overweight, smoked tobacco, and was on the Nuva Ring birth control and Metformin (500mg x 2 per day). She had PCOS.

12. Shalynne was African-American and had the "sickle-cell trait". She did not have full blown sickle-cell anemia. She and her brother both have this same genetic condition. They are both well aware that they have this condition. In addition, I

had encouraged both Shalynne and her brother to take a copper supplement in order to strengthen their veins.

13. While in the hospital, I was on the phone with Shalynne and heard her conversing with the hospital staff. She complained to them of extreme pain in her leg, including her lower leg below the knee. The hospital refused to perform any diagnostic testing on Shalynne other than an x-ray despite the fact that she repeatedly told them that something was seriously wrong with her leg and that she was in excruciating pain and that she needed additional tests.

14. The hospital prescribed a knee mobilization device to Shalynne but she told me that they gave her no instruction as to how to properly use the device and prevent improper pressure from being applied by the device. Once given the immobilization device, Shalynne was told nothing further could be done for her because she needed surgery on her knee and she did not have insurance. As she had just arrived in Las Vegas, she had no general practitioner here. The hospital gave her no warning about the risk of blood clots, and failed to warn her not to sit for long periods of time, despite the fact that she was not from Las Vegas. She was discharged that same day.

15. In accordance with the hospital's verbal instructions, Shalynne applied for Medicaid as soon as the hospital discharged her and was waiting for the approval. The paperwork for Medicaid came after her death.

16. Throughout the next few weeks, between June 3, 2015 and June 23, 2015, Shalynne continued to daily complain about the extreme pain in her knee and lower leg. I informed her that she had to follow the advice of the hospital and be patient until she obtained insurance and could seek surgery on her knee.

17. Around June 23, 2015, Shalynne started complaining of feeling out of breath when she climbed the stairs in my home. I attributed this to her being over-weight. I told her that as soon as her knee was healed from the surgery she was instructed to seek after obtaining insurance, she could join me in working out to help her lose weight.

18. On the morning of June 25, 2015, Shalynne returned to Missouri via airplane. When she went to the airport she was breathing heavily, had extreme anxiety, was sweating, and was out of breath. In addition, her leg was still in extreme pain.

19. Her father picked her up at the airport on June 25, 2015. He informed me that when she got off the plane she was breathing heavily and was sweating. He attributed this to her being over-weight.

20. Later in the evening on June 25, Shalynne called me because she was having what he considered panic attacks and she would not calm down. He was very distressed about how upset she was. I calmed her down and told her I would help her through the issues.

21. On June 26, 2015 I received a call from Shalynne's father stating that she had woken up in the very early morning house with extreme chest pain. He had to help her out of bed and that she was groaning and crying from the pain. He said she looked at him with extreme fear and told him to call 911. She was moaning and holding her chest until the ambulance arrived. She was alert when the ambulance drove off and even waved to her father. She coded in the ambulance.

22. She was then hospitalized that same day. On June 27th, 2015 she no longer demonstrated any signs of brain activity. On June 28th, 2015 life support was removed and she died in my arms that same day.

23. The diagnosis from the doctors at the hospital in Missouri was that she had an extremely large blood clot in the area of her lower leg, part of which had broken loose from the leg and had gone into her lungs. The doctors further informed me that the size of the blood clot that was still present in her leg, despite the heavy use of clot-thinning medication, was such that it had to have been present and growing for a long period of time, and that it is extremely likely that it was present when she was seen at Centennial Hospital in Las Vegas, and most likely began to form during her drive from Missouri to Las Vegas on May 23rd to May 25th. They further informed me that due to the clot's size, the hospital in Las Vegas obviously failed to diagnose the blood clot that clearly must have been present on June 3, 2015.

24. Further, affiant sayeth naught.

Dated this 29th day of May, 2016.

AMY L. VILELA

Subscribed and sworn to before me this 29th day of May, 2016.

State of Nevada
County of Clark

Notary Public

CASEY D. GISH
Notary Public, State of Nevada
Appointment No. 01-67149-1
My Appt. Expires Sep 15, 2017



1

AFFIDAVIT OF LELAND NELSON

2 | County of Clark        )
                          )        ss
3 | State of Nevada        )

4      I, Leland Nelson, do hereby depose and state, and would testify as follows:

5    1. I am, and at all relevant times have been, a resident of Clark County, State of

6        Nevada.

7    2. I was the boyfriend of Decedent, Shalynne V. Ramos who died on June 28, 2015.

8
9    3. On May 23, 2015, Shalynne drove from Missouri to Las Vegas, Nevada. As soon as

10        she arrived in Las Vegas on May 25, 2015, she was complaining of pain and

11        swelling in her knee and lower leg, including the calf area. I personally observed

12        this swelling in the knee and leg.

13    4. Shalynne continued to complain of the pain and swelling in her knee and lower leg

14        up until June 3, 2015, when she fell down, including on her previously injured

15        knee. She indicated that was in extreme pain in her knee and lower leg and we

16        went to Centennial Hospital in Las Vegas, Nevada that same day. I drove her to the

17        hospital.

18    5. When we arrived at Centennial Hospital that day, Shalynne was immediately asked

19        whether she had insurance. When she indicated that she did not, she was told that

20        she should avoid having to pay by going and obtaining insurance and then

21        returning at a later date.

22
23    6. At that time, Shalynne was overweight and smoked tobacco and was on birth

24        control.

25    7. I remained with Shalynne nearly the entire time she was at the hospital on June 3,

26        2015. I personally heard and witnessed Shalynne's interactions with the hospital

27

28

personnel. She complained to them of extreme pain in her leg, including her lower leg below the knee. She physically indicated to multiple hospital personnel the location of the pain she was feeling in her knee and lower leg, including the calf area. She pointed and used her hands to describe to the hospital personnel that the pain she was experiencing was in her knee and lower leg, including the calf area. The hospital refused to perform any diagnostic testing on Shalynne other than an x-ray despite the fact that she repeatedly told them that something was seriously wrong with her leg and that she was in excruciating pain and that she needed additional tests. She repeatedly demanded that the hospital do additional testing on her leg, including an MRI. They refused and told her that she needed a specialist to perform surgery on her knee. They also told her that without insurance, they could not assist her and that if she obtained insurance, she could return for additional care.

8. The hospital personnel never asked Shalynne for any detailed medical history.

9. The hospital personnel never asked her what her ethnicity was.

10. Shalynne informed the hospital staff that she was on the Nuva ring birth control.

11. The hospital prescribed a knee mobilization device to Shalynne but gave her no instruction as to how to properly use the device and prevent improper pressure from being applied by the device. Once given the immobilization device, Shalynne was told nothing further could be done for her because she needed surgery on her knee and she did not have insurance. The hospital gave her no warning about the risk of blood clots, and failed to warn her not to sit for long periods of time, despite the fact that she was not from Las Vegas. She was discharged that same day.

12. Once she left the hospital, Shalynne continued to complain of pain in her knee and lower leg. Over the next three weeks, she continued to complain of pain in her knee and lower leg. She also began to appear frequently short of breath.

13. Once she left the hospital, she sought insurance coverage to seek surgery on her knee as instructed by the hospital personnel.

14. On June 25, 2015, Shalynne took a flight from Las Vegas to Missouri.

15. Further, affiant sayeth naught.

Dated this __29__ day of May, 2016.

LELAND NELSON

Subscribed, and sworn to before me
this __29th__ day of May, 2016.

State of Nevada
County of Clark

Notary Public

CASEY D. GISH
Notary Public, State of Nevada
Appointment No. 01-67149-1
My Appt. Expires Sep 15, 2017



**AFFIDAVIT OF MARC ECKSTEIN, M.D., MPH, FACEP**
**IN SUPPORT OF MEDICAL MALPRACTICE**

STATE OF CALIFORNIA          )
                             )   SS:
COUNTY OF _Los Angeles_      )

MARC ECKSTEIN, M.D., MPH, FACEP, being first duly sworn, deposes and says:

1.      I am a medical doctor practicing in the field of Emergency Medicine. I am a Fellow of the American College of Emergency Physicians, a Diplomate and Fellow of the American Board of Emergency Medicine, and am Subspecialty Boarded in Emergency Medical Services. I am also a full-time practicing emergency physician who has been certified by the American Board of Emergency Medicine since 1994. My training and current practice in emergency medicine, coupled with my experience in the treatment of literally thousands of patients with acute leg pain, qualifies me to render opinions regarding the applicable standard of care in the present case. Furthermore, I am and was engaged in the full time practice of Emergency Medicine at all times relevant, including at all times of the alleged malpractice in the present case. I am familiar with the standard of care required at all times relevant to the care provided to Shalynne Ramos and no opinion of mine has ever been disqualified by any court.

2.      It is my opinion that the care provided to Shalynne Ramos by Centennial Hills Hospital, including; Tanya Netz PAC; Jill Mcatee, RN and the nursing staff on June 3, 2015, fell below the standard of care as supported by my expert opinion. I am familiar with the standard of care required of the facility, physicians, and nursing staff participating at all times relevant to the care provided to Shalynne Ramos commencing from the time of her arrival in the emergency department to the time of her subsequent discharge and departure. I can state to a reasonable

degree of medical probability that the care provided to Shalynne Ramos fell below the acceptable

and applicable standard of care and caused the death of Shalynne Ramos on June 28, 2015.

3.      My opinion is based upon a review of the following records:

        a.) Centennial Hills Hospital; June 3, 2015.

        b.) Research Medical Center; June 25 through June 28, 2015.

        c.) Certificate of Death; July 22, 2015.

        d.) Affidavit of Amy Vilela; May 29, 2016.

        e.) Affidavit of Leland Nelson; May 29, 2016.

No further records were provided for my review.

4.      To briefly summarize, Shalynne Ramos was a 22-year-old obese, black female

smoker with sickle cell trait, who was on the Nuva Ring birth control.

5.      In December 2014, due to chronic knee pain, Ms. Ramos underwent MR imaging

in April 2015 which confirmed an ACL injury. On May 23, 2015, she drove from Missouri to

Nevada (which took approximately 22 hours) and, per her family, developed increasing pain in her

lower extremity distal to the knee.

6.      Ms. Ramos arrived in Las Vegas on May 25.  Immediately upon arrival, she began

complaining to her mother and her boyfriend of pain and swelling in her knee and lower leg.

7.      On June 3, she was with her boyfriend who inadvertently injured the woman's left

knee after lifting her. He took her to Centennial Hills emergency department where routine

radiographs were negative. She was treated with an immobilizer and told to obtain insurance in

order to secure outpatient orthopedic reevaluation.

8.      According to the affidavits, she told the hospital that she had pain in her knee and

lower leg, including the calf area.  The records reflect that that she was there for pain in her knee

2

and below.  According to the affidavit of Leland Nelson, the hospital did not ask for a detailed medical history.

9.      According to the affidavit of Amy Vilela, Ms. Ramos had the sickle cell trait and was well aware of it.  Sickle cell trait is a known increased risk for blood clots.  She also had PCOS.  She had the Nuva ring and was on metformin.  The Nuva ring is a known increased risk for blood clots, especially when, as here, tobacco use and obesity are present.

10.     According to Leland Nelson, Ms. Ramos was never asked about her medical history.

11.     After discharge from the hospital, according to the affidavits of Leland Nelson and Amy Vilela, for the next three weeks, Ms. Ramos continued to complain, including to Ms. Vilela and Mr. Nelson, about the pain and swelling in her knee and lower leg, including the calf area.  In addition, she became increasingly short of breath over this period. According to Mr. Nelson, Ms. Ramos was never instructed by the hospital staff or physicians regarding the proper use and pressure for the mobilization device and she was never warned about the danger of blood clots or the danger of sitting for long periods of time such as in a car or an airplane, despite the fact that she had just come to Las Vegas from out of town.

12.     Approximately 3 weeks later, on June 25, 2015, Ms. Ramos flew back to Missouri. Shortly thereafter (that evening or early the next morning), she developed chest pain and increased shortness of breath.  On June 26, 2015, she was rushed to Research Medical Center Hospital where she was diagnosed with an acute pulmonary embolism.  She died there on June 28, 2015.

13.     According to Amy Vilela, the doctors at Research Medical Center Hospital informed Ms. Vilela and Ms. Vilela's sister (Ms. Vilela's sister is an ER Nurse at Research Medical Center) that Ms. Ramos had a blood clot in her lower leg that was so massive that part of

it had broken off and gone into her lung. The doctors also informed her that due to the size of the remaining portion of the clot, despite the use of clot thinners, it was obvious to them that the clot must have been there all the way back on June 3, 2015 when Ms. Ramos went to the Centennial Hills emergency department in Las Vegas. The doctors also informed Ms. Vilela and her sister that the Research Medical Center that it was highly likely that the clot began to form when Ms. Ramos drove from Missouri to Las Vegas on May 23 to 25, 2015.

14.      Consequently, it can be stated to a reasonable degree of medical certainty that Centennial Hills Hospital; Tanya Netz PAC; Jill Mcatee, RN and the nursing staff on June 3, 2015, fell below the standard of care and breached the applicable standard of care when they failed to take an adequate history, a list of Ms.Ramos' medications, and perform a proper physical examination. The physical exam of the affected lower extremity was a limited exam of the knee; there was no documentation of the joints above and below the knee; no mention of edema, and mention of any asymmetry when compared to the contralateral leg. Had a proper history and physical been taken the providers at Centennial Hospital ED would have considered a deep venous thrombosis (DVT) as part of their differential diagnosis, given the patient's obesity, tobacco use, sickle cell trait, her use of the NuvaRing, and her just having completed an extremely long drive. It is more likely than not that had the standard of care been met, Ms. Ramos would have had a duplex ultrasound performed during her ED visit on June 3, 2015, and with proper treatment, the DVT would not have progressed and resulted in a massive pulmonary embolism would ultimately resulted in her cardiac arrest and her demise. Ms. Ramos' presentation, along with her severe risk factors for formation of blood clots, should have led a reasonable practitioner to specifically rule-in or rule-out the presence of a blood clot in Ms. Ramos's leg. Despite these severe risk factors for formation of blood clots that this patient

4

presented, the ED providers and nursing staff failed to conduct an adequate examination of this patient. An adequate examination and subsequent ultrasound would, to a high degree of medical probability, have identified the blood clot that had formed in Ms. Ramos's lower leg.     Such signs, symptoms, and risk factors would have led any reasonable practitioner, to order an ultrasound of Ms. Ramos leg to examine her for presence of a blood clot. To a high degree of medical probability, the ultrasound study would have been positive for a blood clot. Consequently, but for Centennial Hills Hospital, Tanya Netz PAC; Jill Mcatee, RN and the nursing staff departing from the standard of care during their management of Ms. Ramos on June 3, 2015, Ms. Ramos would still be alive. The aforementioned breaches of the standard of care resulted in the death of Ms. Ramos.

15.     I am prepared testify to these facts and opinions as stated above and will provide a detailed analysis to support my opinions. All of the opinions expressed herein are offered to a reasonable degree of medical probability.


_____
MARC ECKSTEIN, M.D., MPH, FACEP


SUBSCRIBED AND SWORN TO before me this 22 day of June , 2016.

Notary Public in and for Said County and State

_____
NOTARY PUBLIC

LILY QUAN
Commission # 2114850
Notary Public - California
Los Angeles County
My Comm. Expires Jul 6, 2019

5

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California     )

County of _LOS angeles_     )

On _JUN 2 2 2016_ before me, **Lily Quan, Notary Public**,

Date                                         *Here Insert Name and Title of the Officer*

personally appeared _marc K. Eckstein_

*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Signature of Notary Public*

> **LILY QUAN**
> Commission # 2114850
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 6, 2019

*Place Notary Seal Above*

---

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of Marc Eckstein_ Document Date: _June 22, 2016_

Number of Pages: _3_ Signer(s) Other Than Named Above: _NO other signer_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____

☐ Partner — ☐ Limited ☐ General

☑ Individual          ☐ Attorney in Fact

☐ Trustee          ☐ Guardian or Conservator

☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____

☐ Partner — ☐ Limited ☐ General

☐ Individual          ☐ Attorney in Fact

☐ Trustee          ☐ Guardian or Conservator

☐ Other: _____

Signer Is Representing: _____

---

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



# *Marc Eckstein, MD, MPH, FACEP*
## Professor of Emergency Medicine

## Business Address:

Los Angeles Fire Department
200 N. Main Street, Room 1860
Los Angeles, CA 90012

**Tel:** (213) 978-3741
**Fax:** (213) 978-3818

e-mail: *marc.eckstein@lacity.org*

## Education:

*Undergraduate education:*

Cornell University
Ithaca, New York
**Bachelor of Science** - 1985

*Medical School:*

Mount Sinai School of Medicine
New York, New York
**Doctor of Medicine** – 1989

*Post Graduate Education:*

American Public University
Manassas, Virginia
**Master of Public Health** (with a concentration in Homeland Security) - 2007

## Internship:

Emergency Medicine
Los Angeles County/University of Southern California Medical Center
Los Angeles, California
Dates of internship: 1989 - 1990

## Medical Residency:

Emergency Medicine
Los Angeles County/University of Southern California Medical Center
Los Angeles, California
Dates of residency: 1990 - 1993

## Awards and Honors:

- ◆ Chief Resident 1992 – 1993
- ◆ Highest score ever achieved at USC in Emergency Medicine In-Service exam
- ◆ Top score in the nation among fourth year residents on 1993 Emergency Medicine In-Service exam
- ◆ Academic Achievement Award 1993
- ◆ EMS Achievement Award – California Chapter of the American College of Emergency Medicine (CAL-ACEP) 2006
- ◆ EMS Medical Director of the Year – National Metropolitan EMS Medical Directors Consortium 2009
- ◆ Meritorious Service Award for Exceptional Leadership and Contributions in EMS – California State EMS Authority 2013

## Professional Experience:

### Emergency Physician:

| | |
|---|---|
| Los Angeles County/USC Medical Center<br>Los Angeles, California | 1993 - present |
| West Hills Medical Center<br>West Hills, California | 2011 - 2015 |
| Centinela Hospital Medical Center<br>Inglewood, California | 2009 – 2012 |
| Pomona Valley Hospital Medical Center<br>Pomona, California | 1992 - 2009 |
| Hollywood Presbyterian Hospital<br>Hollywood, California | 2003 – 2004 |
| Providence-Holy Cross Medical Center<br>Mission Hills, California | 1997 - 1998 |
| California Medical Center<br>Los Angeles, California | 1993 - 1994 |
| Verdugo Hills Hospital<br>Glendale, California | 1991 - 1993 |

Marc Eckstein, MD, MPH                                          Page 3

## Professional Experience (cont'd):

### Paramedic:

New York City EMS Paramedic          1987 - 1989

*Only paramedic ever certified in the City of New York after completion of only a two week "paramedic refresher course" in lieu of a complete 1000 hour program*

### Emergency Medical Technician:

New York City EMS Emergency Medical Technician 1986 –1987

## Board Certification:

*Diplomate of the American Board of Emergency Medicine*     1994

*Fellow of the American Board of Emergency Medicine*      1996

*Subspecialty Boarded in Emergency Medical Services*      2013

## Licensure:

California Physician and Surgeon: License # G 69852

## Academic Appointment:

*Assistant Professor of Emergency Medicine*, University of
Southern California School of Medicine          1993

*Associate Professor of Emergency Medicine*,
Keck School of Medicine of the University of Southern California   2002

*Professor of Emergency Medicine and Clinical Scholar*
Keck School of Medicine of the University of Southern California   2009

## Professional Certifications:

Advanced Cardiac Life Support (*ACLS*) Instructor

Advanced Trauma Life Support (*ATLS*) Instructor

Advanced Burn Life Support (*ABLS*) Provider

Pediatric Advanced Life Support (*PALS*) Instructor

Neonatal Advanced Life Support (*NALS*) Provider

California Base Station Physician Certification Course Director

National EMS Medical Director's Course and Practicum Participant

Hazardous Materials "HAZ-MAT" First Responder - Operational Certification

Nuclear, Biological and Chemical Weapons Emergency Responder - Hospital Technician Instructor

Nuclear, Biological and Chemical Weapons Emergency Responder - EMS Technician Instructor

Confined Space Rescue Certification – California Office of Emergency Services

Rescue Systems 1 - Urban Search and Rescue Certification - California OES

Peace Officer - State of California Commission on Peace Officer Standards and Training

FEMA - Weapons of Mass Destruction - Advanced Operations Certification

Chemical, Ordnance, Biological, Radiological Agent (COBRA) Incident Commander

## Community Service:

***Medical Director* – Automated External Defibrillator (AED) Program – City of Los Angeles**

-Coordinating and providing medical oversight for the implementation of a new public access AED program in Los Angeles. This involves the placement of AEDs in public libraries, City Hall, police stations, the zoo and other large public venues. City employees will be trained in CPR and the AED on a voluntary basis.

Marc Eckstein, MD, MPH                                                   Page 5

**Medical Director – Automated External Defibrillator (AED) Program – Los Angeles International Airport**

- Coordinating and providing medical oversight for the implementation of a new public access AED program in Los Angeles International Airport (LAX). AEDs will be strategically placed throughout every terminal in LAX and airport employees will be trained in CPR and AEDs. Based upon the success of a similar program in Chicago, it is anticipated that this program will save a number of lives each year.

**Medical Director – Automated External Defibrillator (AED) Program – City of San Fernando Police Department**

- Coordinated the implementation of a new AED program for police officers in San Fernando to improve survival rates from cardiac arrest in that city. This is the first local program utilizing police officers to use AEDs.

**Reserve Police Officer - City of San Fernando Police Department**

- Level III reserve police officer, certified by the California Commission on Peace Officer Standards and Training (POST). Duties primarily consist of assisting with major events, station duties, ongoing training activities, and community outreach.

**Federal Emergency Management Agency (FEMA) Disaster Medical Assistance Team Member (CA-DMAT # 9)**

- Member of the National Disaster Medical System team which is able to respond to major disasters anywhere in the United States.

**Medical Team Manager - FEMA Urban Search and Rescue Team (CA-TF#1)**

- Leader of the Medical Group for this federally funded team which is on call to respond to major incidents which may involve trapped victims anywhere in the United States. This is one of only seven teams in the US that are trained to respond to incidents involving weapons of mass destruction (WMD). The team's first deployment was to the site of the World Trade Center tragedy in New York City.

<u>Marc Eckstein, MD, MPH</u>                                                    Page 6

## Current EMS-related activities:

### *EMS Division Chief* – Department of Emergency Medicine, Keck School of Medicine of the University of Southern California

- The EMS Division Chief is responsible for overseeing the operation of the base station at the Los Angeles County/USC Medical Center, which is the busiest base station in Los Angeles County. This involves the development of continuing education programs, quality improvement studies, supervision of off-line and on-line medical control, disaster planning, and development of clinical research studies. In addition, the EMS Division Chief directly supervises the other faculty members within the EMS Division and also serves as the liaison between the Dept of Emergency Medicine and the EMS community, serving on numerous EMS committees at both the local and regional levels. Another vital role is that of teaching emergency medicine residents about all aspects of prehospital care. This includes direct resident supervision, a formal continuing education didactic program, and running an annual base station physician certification course.

### Fellowship Director – EMS Fellowship, Department of Emergency Medicine, Keck School of Medicine of the University of Southern California

-Fellowship director of the ACGME-accredited EMS Fellowship at LAC/USC Medical Center and LAFD.

### *Medical Director* - Los Angeles Fire Department

-The Medical Director is responsible for overseeing the EMS activities of the Los Angeles Fire Department (LAFD), which is the nation's second largest EMS system. LAFD is a fire department - based EMS system, with every firefighter a certified emergency medical technician or a licensed paramedic. The LAFD serves a population of 3.8 million people and responds to over 350,000 emergency medical calls per year. The Medical Director is involved with all issues that pertain to preparation for and the delivery of emergency medical care. This includes the development of training programs, continuing education curricula, emergency resource dispatch algorithms, disaster preparedness, quality improvement programs, introduction of new equipment, policy and procedure formulation, clinical research, patient care treatment protocols, and emergency response for on-scene medical direction and patient care, particularly at multiple casualty incidents. In addition, the Medical Director serves on a number of county-wide EMS committees, serving as the liaison between the fire service and the medical community.

## Major Accomplishments as the LAFD Medical Director (1996-2016):

♦ *Implementation (and expansion) of Standing Field Treatment Protocols (SFTPs).*

-SFTPs are a set of algorithms that allow field paramedics to treat patients with advanced life support interventions without the need to call for on-line medical control. This expedites patient care and allows both paramedics on scene to treat the patient, rather than relegating one paramedic to communications with their base.

♦ *Creation (and Chairman) of the EMS Steering Committee.*

-The EMS Steering Committee was formed to fill the void that was created with the elimination of the Bureau of Emergency Medical Services in 1996. The committee, which is comprised of members from all different aspects of the department, makes recommendations to the Fire Chief regarding all aspects of the LAFD's EMS program.

♦ *Introduction of paramedic assessment engines (PAEs).*

-PAEs have one paramedic with all the necessary advanced life support equipment to provide life-saving stabilization for nearly any medical emergency. The Medical Director created an orientation and training program for all engine companies that were being upgraded to PAE, wrote a departmental bulletin to describe the PAE concept and its capabilities, and successfully negotiated with DHS to add certain medications to be included on its drug inventory.

♦ *Introduction of new paramedic communication system with receiving hospitals.*

-Secured budgeting for cellular telephones for all paramedic resources and worked extensively with fire command and control system (FCCS) personnel to obtain ReddiNet computer system for the dispatch center (OCD). This system, integrated with existing mobile data terminals (MDTs) on all ambulances, has enabled paramedics to determine hospital diversion status and notify receiving hospitals of their patients without calling a base station or OCD. LAFD is currently the first and only provider agency using this new technology.

**Major Accomplishments as the LAFD Medical Director (continued):**

- *Introduction of up-gradable semi-automatic/manual defibrillator/monitors.*

  -New defibrillator/cardiac monitors were evaluated and purchased to enable firefighter/ EMT-Ds to operate them on cardiac arrest patients and for the paramedic on the assessment engines to use them for routing cardiac monitoring, thus providing automatic and manual operation in one unit.

- *Introduction of the Kendrick Extrication Device (KED).*

  -The KED is a versatile short immobilization device that is now carried on all BLS and ALS LAFD ambulances. A comprehensive training program was created to facilitate their introduction in the field.

- *Placement of spinal immobilization backboards on every fire engine.*

  -Currently different types of backboards are being field tested after approval has been given to place a backboard on all engine companies. This will expedite care of the trauma patient and allow more rapid evacuation of the patient.

- *Compilation of city-wide cardiac arrest data.*

  -A study is currently in progress to determine the overall cardiac arrest survival rate in Los Angeles along with measuring the impact of various elements of our BLS and ALS interventions on cardiac arrest patients. No such attempt has been made in the past to determine these parameters, which are used as national benchmarks of the success of any EMS program.

- *Introduction of digital glucometers.*

  -Conducted field testing and obtained approval for purchase of highly accurate and rapid measuring devices to determine patients' blood sugar, which are now carried on all advanced life support resources.

**Major Accomplishments as the LAFD Medical Director (continued):**

- *Implementation of department-wide tuberculosis screening.*

  -Worked with medical liaison, department safety officer, employee labor union, and city employee health to implement TB screening for all field personnel.

- *Awarded total of $ 265,000 in grant funding for city-wide stroke study.*

  -Received funding to implement ground-breaking prehospital stroke study involving multiple medical facilities and all paramedic rescues. Hired two full time research assistant with the grant funding.

- *Completion of several EMS studies with publication in peer-reviewed medical journals.* (See listing under "Publications" beginning on page 13.)

- *Approval and implementation of patient transportation contract between LAFD and Kaiser Permanente.*

  -Initiated negotiations and worked out the details of a "first of its kind" agreement between a fire department and a managed care organization, which led to an additional $750,000 in revenue for LAFD in its first year of implementation.

- *Contribution of numerous articles for the Quality Improvement Newsline.*

  -Wrote educational articles with a focus on "lessons learned" to provide proactive risk management.

- *Creation and implementation of EMS "Standard Operating Guidelines" (SOGs).*

  -Introduced an organized and systematic task-oriented approach to all EMS incidents, improving patient care and providing size-ups to incoming ALS resources.

- *Introduction of disposable bag-valve-masks (BVMs) and endotracheal tube (ET) confirmation devices.*

  -Field tested, gained approval for purchase of, and created comprehensive training program for new disposable BVMs with life-saving devices to confirm proper placement of endotracheal tubes. This standard was eventually adopted by Los Angeles County.

Marc Eckstein, MD, MPH                                               Page 10

**Major Accomplishments as the LAFD Medical Director (continued):**

♦ *Major modifications and improvements to the medical priority dispatch system.*

  -Elimination of primary and secondary "target" areas, which allowed the closest resource to respond to medical emergencies.

  -Elimination of "restricted area" status for several districts (RFS 97 and 99) which allowed certain paramedic engines to respond to life-threatening medical emergencies if they were the closest ALS resource.

  -Eliminated redundant dispatching of multiple resources to single patient incidents in certain districts of the city (RFS 78 and 102).

  -Gained approval to send the closest BLS resource ahead of a more distant ALS resource to potentially life-threatening medical emergencies ("C" level dispatches).

  -Created dual dispatching of ALS and BLS ambulances to eliminate fire engine companies from a significant number of incidents. This allowed ALS ambulances to remain available and have the BLS ambulance provide patient transport when appropriate.

♦ *Coordinated meetings between LAFD resources and health care personnel at local correctional facilities.*

  -Established a liaison with representatives from LASD's jail facilities to improve transition of patient care from those facilities to LAFD resources.  Also established guidelines for proper utilization of LAFD resources for inmates.

♦ *Implemented one paramedic- ALS staffing trial program for San Fernando Valley*

  -Coordinated, organized, and set up the training program for a new staffing configuration for single paramedic staffing on all ALS resources in order to get a paramedic on-scene with every first responding resource.

**Major Accomplishments as the LAFD Medical Director (continued):**

♦ *Secured nerve agent antidote for all firefighters and paramedics.*

-Obtained MARK-1 nerve agent antidote kits for all firefighters and paramedics and set up an in-service training program to enable first responders to treat themselves and their partners in the event of a terrorist attack with nerve agents.

♦ *Secured the immediate hiring of 150 licensed paramedics to offset a staffing crisis*

-Worked with the Los Angeles Fire Commission and the LA City Council and Mayor's Office to submit and gain approval for a motion to immediately hire 100 additional civilian paramedics to offset a paramedic staffing crisis in the LAFD.

♦ *Introduced non-invasive blood pressure, pulse oximetry, and waveform capnography for field paramedic resources*

-These diagnostic modalities have dramatically improved the prehospital assessment and treatment of patients and further minimized the chances of unrecognized esophageal intubations.

♦ *Introduced 12 lead ECG in the field*

-The use of prehospital 12 lead ECG have enabled paramedics to identify acute ST-segment acute myocardial infarctions in the field in order to expedite time-critical interventions and transport directly to the appropriate hospitals. This equipment was placed into service in August '03, and is now on all 125 advanced life support resources in Los Angeles.

♦ *Introduced concept of STEMI-Receiving Centers (SRCs) in Los Angeles*

-Led efforts to designate hospitals with cardiac cath labs in Los Angeles to be designated as STEMI-Receiving Centers (SRCs), where paramedics divert patients with acute ST-segment acute myocardial infarctions rather than merely transporting to the nearest facility. This program now includes 31 hospitals located throughout the County and is setting the model for acute cardiac care in the nation.

**Major Accomplishments as the LAFD Medical Director (continued):**

♦  *Added extremity trauma with neuro-vascular compromise to Trauma Center Criteria*

-This addition to the existing trauma center criteria allowed patients a better chance for limb salvage after limb-threatening trauma by directing them to trauma centers instead of the closest hospital.

♦  *Implemented significant changes to EMS dispatch algorithms*

-Introduced the concept of dispatching a BLS and ALS ambulance together on certain types of ALS calls, instead of a fire engine with an ALS ambulance. This resulted in fewer BLS transports by ALS ambulances and increased availability of both ALS ambulances and engine companies. Also implemented the dispatch of the closest resource to all EMS incidents.

♦  *Started EMS Fellowship training site*

-Serves a Fellowship Director for Society for Academic Emergency Medicine (SAEM) - approved EMS Fellowship at LAC/USC Medical Center and the Los Angeles Fire Department. companies. Also implemented the dispatch of the closest resource to all EMS incidents.

♦  *Started EMS Fellowship training site*

-Serves a Fellowship Director for Society for Academic Emergency Medicine (SAEM) - approved EMS Fellowship at LAC/USC Medical Center and the Los Angeles Fire Department.

♦  *Introduced Transcutaneous Cardiac Pacing*

-Non-invasive modality to treat patients with symptomatic slow heart rates in the field

♦  *Introduced Continuous Positive Airway Pressure (CPAP) to the field*

-Non-invasive modality shown to reduce morbidity and mortality for respiratory distress patients.

♦  *Created and implemented LAFD Tiered Dispatch System*

-Organized a workgroup to develop, design, and implement a brand new, fully customized 911 EMS dispatch system for the City of Los Angeles

**Major Accomplishments as the LAFD Medical Director (continued):**

♦ *Secured funding, then created and implemented LAFD Nurse Practitioner Response Unit*

 *(NPRU)*

  -innovative pilot program placing an NP with a paramedic in the field with an

  expanded scope of practice to perform comprehensive patient assessments to

  obviate the need for ambulance transport of low acuity patients

♦ *Secured funding, then created and implemented LAFD Fast Response Vehicle*

  -pilot program placing paramedics in a rapid response vehicle to decrease response

  times, improve patient care, and increase operational efficiency

## Professional Activities:

### Committee Service:

| | |
|---|---|
| 2009 – 2011 | Chairman, EMS Section<br>American College of Emergency Physicians (ACEP) |
| 2006 - | Steering Committee Member<br>National EMS Project Initiative – Department of Homeland Security<br>George Washington University |
| 2005 - | Board of Directors Member<br>National Assn of Emergency Medical Services Physicians (NAEMSP) |
| 2005 - | Peer review member, Grant Review Consortium<br>American Heart Association |
| 2005 - | Member – Restore Efffective Survival in Shock (RESUS) Advisory Board<br>Multicenter hemoglobin-based oxygen carrier study funded by the Naval<br>Medical Research Center |
| 2003 - 2009 | Member-at-Large<br>EMS Section<br>American College of Emergency Physicians (ACEP) |
| 2002 - | Member – National Institute of Neurological Disorders and Stroke<br>(NINDS) Public Recognition of Stroke Task Force |
| 2002 - | Member – CDC Bioterrorism Advisory Committee<br>County of Los Angeles Department of Health Services |

## Professional Activities:

| | |
|---|---|
| 2001 - | Member - College of Fellows<br>National Academy of Emergency Medical Dispatch |
| 2001 - | Member - Committee on Anti-Terrorism<br>National Association of EMS Physicians (NAEMSP) |
| 2001 - | Member - Metropolitan Medical Response Anti-Terrorism Group<br>Los Angeles Regional Unified Response System |
| 2000 - | Member – EMS Subcommittee<br>Los Angeles Fire Commission |
| 2000 - | Member – Operation Heartbeat Committee<br>American Heart Association |
| 2000 - | Los Angeles County Biological Terrorism Advisory Committee<br>Los Angeles County Department of Health Services |
| 1997 -1999 | Chairman - EMS Steering Committee<br>Los Angeles Fire Department |
| 1996 - | Chairman - Medical Advisory Committee<br>Los Angeles Fire Department |
| 1996 - | Chairman - Infectious Disease Control Committee<br>Los Angeles Fire Department |
| 1996 - | Provider Agency Committee<br>Los Angeles County EMS Agency |
| 1996 - | Faculty Recruitment Committee<br>Department of Emergency Medicine<br>Los Angeles County/USC Medical Center |
| 1994 - | Medical Advisory Council<br>Los Angeles County EMS Agency |
| 1994 -1996 | Base Station Reconfiguration Committee<br>Los Angeles County EMS Agency |
| 1993 -1996 | Prehospital Care Committee<br>Los Angeles County EMS Agency |
| 1993 - | Trauma Quality Assurance Committee<br>Los Angeles County/USC Medical Center |
| 1993 - | Emergency Medicine Quality Assurance Committee<br>Los Angeles County/USC Medical Center |

**Professional Activities (cont'd):**

| | |
|---|---|
| 1993 - | Emergency Medicine Peer Review Committee<br>Los Angeles County/USC Medical Center |
| 1993 - | Disaster Preparedness Committee<br>Los Angeles County/USC Medical Center |
| 1992 - | EMS Committee<br>California Chapter, American College of Emergency Physicians |

## Publications:

### *Peer-Reviewed Articles:*

Hutson R, *Eckstein M,* Anglin D. Drive-by shootings in Los Angeles: A five year trend analysis. *Academic Emergency Medicine* 1996; 3: 300-303.

*Eckstein M.* The prehospital and emergency department management of penetrating head injuries. *Neurosurgery Clinics of North America* 1995; 6: 741-751.

Demetriades D, Chan L, Cornwell EE, *Eckstein M,* et al. Paramedic versus private transportation of trauma patients: Effect on outcome. *Archives of Surgery* 1996; 131: 133-138.

Pepe P, *Eckstein M.* Re-appraising the prehospital care of the patient with major trauma. *Emergency Medicine Clinics of North America* 1998; 16: 1-15.

*Eckstein M,* Cowen AR. Scene safety in the face of automatic weapons fire: A new dilemma for EMS? *Prehospital Emergency Care* 1998; 2:117-122.

*Eckstein M,* Suyehara D. Prehospital needle thoracostomy. *Prehospital Emergency Care* 1998;2:132-135.

Kidwell C, Saver J, Schuber G, *Eckstein M,* Starkman S. A tool for prehospital stroke diagnosis: Design and retrospective validation of the Los Angeles Prehospital Stroke Screen (LAPSS). *Prehospital Emergency Care* 1998;2:267-273.

Kidwell CS, Saver JL, *Eckstein M,* et al.: Improving paramedic recognition of stroke in the field: A Los Angeles Prehospital Stroke Screen (LAPSS) training program. Neurology 1998;50:157-158.

Cornwell EE, Velmahos GC, Berne TV, Belzberg H, *Eckstein M* Murray JA, Asensio JA, Demetriades D. Lethal abdominal gunshot wounds at a level I trauma center: Analysis of TRISS

(Revised Trauma Score and Injury Severity Score) fallouts. *Journal of the American College of Surgeons* 1998;187:123-129.

*Eckstein M,* Alo K. The effect of a quality improvement program on paramedic on-scene times for patients with penetrating trauma. *Academic Emergency Medicine* 1999:6: 191-196.

### *Peer-Reviewed Articles  (continued):*

**Eckstein M.** The medical response to modern terrorism: Why the "rules of engagement" have changed. *Annals of Emergency Medicine* 1999;34:219-221.

**Eckstein M,** Henderson S, DeLaCruz P, Newton E. GHB: Report of a mass intoxication and a review of the literature. *Prehospital Emergency Care* 1999;4:357-361.

**Eckstein M,** Serna M, DeLaCruz P, Mallon WK. Prehospital and emergency department management of epidemic scombroid poisoning. *Academic Emergency Medicine* 1999;6:619-621.

Kidwell C, Starkman S, **Eckstein M,** Weems K, Saver J. Identifying stroke in the field: Prospective validation of the Los Angeles Prehospital Stroke Screen (LAPSS). *Stroke* 2000: 31: 71-76.

**Eckstein M,** Chan L, Schneir A, Palmer R. The effect of prehospital advanced life support on outcomes of major trauma patients. *Journal of Trauma*, 2000;48:643-648.

Thomsen TW, Sayah AT, **Eckstein M.** Emergency medical services providers and weapons in the prehospital setting. *Prehospital Emergency Care* 2000;4:209-216.

**Eckstein M.** Implementation of standing field treatment protocols (SFTPs) in an urban EMS system. *American Journal of Emergency Medicine* 2001;19:280-283.

**Eckstein M.** Heart to Heart Talk: Ask the Experts. *Journal of Emergency Medical Services* 2001;26.

Saver JL, Kidwell CS, **Eckstein M,** Starkman S. Emerging Applications of the Los Angeles Prehospital Stroke Screen (LAPSS), A Validated Tool for Prehospital Care. *The Stroke Interventionalist,* April 2001.

**Eckstein M.** Termination of Resuscitative Efforts: Medical Futility for Trauma Patient. *Current Opinion in Critical Care.* 2001; 7:450-454.

**Eckstein M,** Suyehara D. Ability of Paramedics to Treat Patients with Congestive Heart Failure Using Standing Field Treatment Protocols. *American Journal of Emergency Medicine* 2002:20:23-25.

**Eckstein M,** Jantos T, Kelly N, Cardillo A. Helicopter transport of pediatric trauma patients in an urban EMS system: A critical analysis. *Journal of Trauma.* 2002;53:340-344.

**Eckstein M,** Chan LS. The impact of emergency department crowding on paramedic ambulance availability. *Annals of Emergency Medicine,* 2004;43:100-105.

Llanes JN, Kidwell CS, Starkman S, Leary MC, **Eckstein M,** Saver JL. The Los Angeles Motor Scale (LAMS): A new measure to characterize stroke severity in the field. *Prehospital Emergency Care* 2004;8:46-50.

Saver JL, Kidwell CS, **Eckstein M,** Starkman S. Prehospital neuroprotective therapy for acute stroke: Results of the field administration of stroke therapy – magnesium (FAST-MAG) pilot trial. *Stroke:* 2004;35:106-108

## Peer-Reviewed Articles (continued):

**Eckstein M.** Primum non nocere -first do no harm: an imperative for emergency medical services. *Prehospital Emergency Care* 2004;8:444-446.

Bledsoe BE, **Eckstein M,** Gandy GE, et al. JEMS Case Conference: The Misplaced Endotracheal Tube. *Journal of Emergency Medical Services* 2004;29.

**Eckstein** M. Cyanide as a chemical terrorism weapon. *Journal of Emergency Medical Services* 2004;*29:suppl* 22-31.

**Eckstein M,** Stratton SJ, Chan LS. Termination of resuscitative efforts for out-of-hospital cardiac arrests. *Academic Emergency Medicine:* 2005;12:65-70.

Benson P, **Eckstein M**. Pulseless electrical activity: A Case Conference. *Prehospital Emergency Care,* 2005;9:231-235.

**Eckstein M,** Stratton SJ, Chan LS. Cardiac arrest resuscitation evaluation in Los Angeles: CARE-LA. *Annals of Emergency Medicine,* 2005;45:504-509.

Heightman AJ, Mohlenbrok S, **Eckstein M.** Disaster on the rails. *Journal of Emergency Medical Services* 2005;30:46-67.

**Eckstein M.** The pregnant trauma patient. *Journal of Emergency Medical Services (JEMS):* 2005;30:110-127.

**Eckstein M,** Isaacs SM, Slovis CM, et al. Facilitating EMS turnaround intervals at hospitals in the face of receiving facility overcrowding. *Prehospital Emergency Care* 2005;9:267-275.

**Eckstein M.** Prehospital 12 lead ECG speeds care. *Journal of Emergency Medical Services (JEMS):* 2005;30:38-42.

Saver JL, Kidwell C, **Eckstein M,** Obviagele BV, Starkman S. Physician investigator elicitation of consent in the field: A novel method to obtain explicit informed consent for prehospital clinical research. *Prehospital Emergency Care* 2006;10:182-185.

Rokos IC, Larson DM, Henry TD, Koenig WJ, *Eckstein M*, French WJ. Granger CB. Roe MT. Rationale for establishing regional ST-elevation myocardial infarction receiving center (SRC) networks. *American Heart Journal* 2006;152:661-667.

**Eckstein M,** Maniscalco PM. Focus on smoke inhalation--the most common cause of acute cyanide poisoning. *Prehospital & Disaster Medicine* 2006;*21:s49-55.*

Bledsoe BE, Wesley AK, **Eckstein M,** et al. Helicopter scene transport of trauma patients with nonlife-threatening injuries: a meta-analysis. *Journal of Trauma-Injury Infection & Critical Care.*2006;60:1257-65.

**Eckstein M.** Specialty center boom: Is transport to the closest ED a thing of the past? *Journal of Emergency Medical Services* 2007;32:42-43.

## Publications (continued):

### *Peer-Reviewed Articles  (continued):*

Acker JE, Pancioli A, Cantwell L, Crocco TJ, **Eckstein M,** et al. Implementation strategies for EMS within stroke systems of care. Recommendations from the American Stroke Association's expert panel on EMS systems. Stroke 2007;116:3097-3115.

Myers JB,  Slovis CM, *Eckstein M,* et al. Evidence-Based Performance Measures for Emergency Medical Services Systems: A Model for EMS Benchmarking. *Prehospital Emergency Care* 2008;12:141-151.

*Eckstein M.* Enhancing Public Health Preparedness for a Terrorist Attack Involving Cyanide. *Journal of Emergency Medicine* 2008;35:59-65.

Kaji A, Koenig W, *Eckstein M.* The Need for Uniform Definitions in the Regionalized Care of ST Segment Elevation Myocardial Infarction. *Acad Emerg Med.* 2008 Aug;15:759-61.

*Eckstein M,* Cooper E, Nguyen T. Impact of Paramedic Transport with Prehospital 12 lead ECG on Door to Balloon Times for ST Segment Myocardial Infarction (STEMI) Patients. *Prehospital Emergency Care.* 2009;13:203-206.

*Eckstein M,* Koenig W, Kaji A, Tadeo R. Implementation of Specialty Centers for Patients with ST Segment Elevation Myocardial Infarction: The Los Angeles STEMI Receiving Center Project. *Prehospital Emergency Care.*  2009;13:215-222.

Buck BH,  Starkman S, *Eckstein M,* et al. Dispatcher Recognition of Stroke Using the National Academy Medical Priority Dispatch System. *Stroke* 2009;40.

*Eckstein M,* Heightman AJ. Trauma at the tunnel. *Journal of Emergency Medical Services* 2009;34:54-62.

Benson P, *Eckstein M,* Henderson S. Racial differences in bystander CPR. *Ethnicity and Disease,* 2009;19:401-406.

*Eckstein M.*  Case of the Month: Necrotizing Fasciitis. *Journal of Emergency Medical Services* 2009;34:32-33.

Stone SC, Abbott J, McClung CD, Colwell CB, *Eckstein M,* Lowenstein SR. Paramedic knowledge, attitudes, and training in end-of-life care. *Prehospital & Disaster Medicine.* 2009;24:529-534.

*Eckstein M.*  Disposition of the deceased. *Journal of Emergency Medical Services*  2010;35:72-82.

*Eckstein M,*  Henderson S. EMS and managed care: The Los Angeles experience. *Prehospital Emergency Care,* 2010;14: 245-249.

Cryer HG, Hiatt JR, *Eckstein M,* et al. Improved Trauma System Multicasualty Response : Comparison of Two Train Crash Disasters. *Journal of Trauma* 2010; 68(4):783-789.

Brywczynski J, McKinney J, Pepe PE, *Eckstein M,* et al. EMS Transport Decisions in Post-Traumatic Circulatory Arrest: Are National Practices Congruent? *Journal of Trauma* 2010:69:1154-1160.

## Publications (continued) :
### Peer-Reviewed Articles  (continued):

Sanossian N. Starkman S. **Eckstein M,** et al. Intercontinental elicitation of informed consent for enrollment in stroke research. Cerebrovascular Diseases 2010;30:323-324.

**Eckstein M,** Hatch L, Malleck J, McClung C, Henderson SO. End-tidal $CO_2$ as a predictor of survival in out-of-hospital cardiac arrest. *Prehospital and Disaster Medicine* 2011;26:148-150.

Inaba K, Castelo B, **Eckstein M,** Shatz DV, et al. Optimal Positioning for Emergent Needle Thoracostomy: A Cadaver Based Study. *Journal of Trauma* 2011;71:1099-1103.

**Eckstein M.** The Los Angeles Public Access Defibrillator (PAD) Program: Ten Years After. *Resuscitation*, 2012;83:1411-1412.

Watson DL, Sanoff R, Macintosh JE, Saver JL, MD, Ford GA, Price P, **Eckstein M,** Murtagh MJ. Evidence from the scene: paramedic perspectives on involvement in out-of-hospital research. *Annals of Emergency Medicine* 2012;60:641-650.

Inaba K, Ives C, McClure K, Branco B, **Eckstein M,** Shatz D, Martin M, Reddy S, Demetriades D. Radiologic evaluation of alternative sites for needle decompression of tension pneumothorax. *Archives of Surgery,* 2012;174:813-818.

Saver JL, Starkman S, **Eckstein M,** et al. Methodology of the Field Administration of Stroke Therapy-Magnesium (FAST-MAG) phase 3 trial: Part 1 – Rationale and general methods. *International Journal of Stroke.* 2014;9:215-219.

Saver JL, Starkman S, **Eckstein M,** et al. Methodology of the Field Administration of Stroke Therapy-Magnesium (FAST-MAG) phase 3 trial: Part 2 – Prehospital study methods. *International Journal of Stroke.* 2014;9:220-225.

Gausche-Hill, M, **Eckstein M,** Horeczko T, et al. Paramedics accurately apply the pediatric assessment triangle to drive management. *Preh Emerg Care* 2014 ;18:1-11.

Bosson N, Kaji AH, Niemann JT, **Eckstein M,** et al. Survival and neurologic outcome after cardiac arrest: Results one year after regionalization of post-cardiac arrest care in a large metropolitan area. *Prehosp Emerg Care* 2014;18:217-223.

Gausche-Hill M, **Eckstein M,** Horeczko T, et al. Paramedics Accurately Apply the Pediatric Assessment Triangle to Drive Management. *Prehosp Emerg Care* 2014;18:520-530.

Saver JL, Starkman S, **Eckstein M,** et al. Prehospital Magnesium Sulfate as Neuroprotection for Acute Stroke. *New England Journal of Medicine* 2015;372:528-536

**Eckstein M,** Schlesinger SA, Sanko S. Interfacility Transports Utilizing the 911 Emergency Medical Services System. *Prehospital Emergency Care* 2015;19:490-495.

Levine M, Sanko S, **Eckstein** M. Assessing the risk of prehospital administration of naloxone with subsequent refusal of care. *Prehospital Emergency Care* 2016;20:in press.

## Publications (continued):

Bosson N, Kaji AH, Niemann JT, Squire B, *Eckstein M,* French W, et al. The Utility of prehospital ECG transmission in a large EMS system. *Prehospital Emergency Care* 2015;19:496-503.

Inaba , Karamanos E, Skiada D, Grabo , Hammer P, Martin M, Sullivan M, *Eckstein M*, Demetriades D.  Cadaveric Comparison of The Optimal Site For Needle Decompression Of Tension Pneumothorax By Prehospital Care Providers. *J Trauma* 2015:79:1044-1088.

Sanossian N, Liebeskind DS, *Eckstein M,* Starkman S, et al. Routing ambulances to designated centers increases access to stroke center care and enrollment in prehospital research. *Stroke* 2015;46:2886-2890.

Sung G, Bosson N, Kaji AH, *Eckstein M,* Shavelle D, et al. Therapeutic hypothermia after resuscitation from a non-shockable rhythm improves outcomes in a regionalized system of cardiac arrest care. *Neurocritical Care* 2016;24:90-96.

Saver JL, Starkmen S, *Eckstein M*, et al. Enrollment Yield and Reasons for Screen Failure in a Large Prehospital Stroke Trial  *Stroke* 2016;47:232-235.;46:*in press.*


### *Peer-Reviewed Journal Editor:*

*Eckstein M*,  Chan D. (Guest Editors).  Contemporary Issues in Trauma. *Emergency Medicine Clinics of North America* 1998; 16 (1).


### *Task Force Report:*

Morgenstern LB, Rosamond W, Alberts MJ, Bartholemew LK, Callahan AS, *Eckstein M,* et al. Increasing Public Recognition and Rapid Response to Stroke. A NINDS Symposium: Improving the Chain of Recovery for Acute Stroke in Your Community. National Institutes of Health, pp 1-11 September 2003.


### *Case Report:*

*Eckstein M*,  Hutson R.  Drive-by shootings:  A case report. *Annals of Emergency Medicine* 1995; 25: 107-111.

## Publications (continued):

### *Letters to the Editor:*

Salvucci A, *Eckstein M*, Iscovich A.  Submental administration of naloxone.
 *Annals of Emergency Medicine* 1995; 25: 719-720.

*Eckstein M.*  EMS Turnaround Times. *Annals of Emergency Medicine* 1999;33:354.

*Eckstein M.*  Prehospital use of succinylcholine. *Prehospital Emergency Care* 1999;4:399.

*Eckstein M.*  Out-of-hospital endotracheal intubation of children. *JAMA* 2000:283:2790.

*Eckstein M.*  A prehospital GCS < 14 accurately predicts the need for full trauma team activation
and patient hospitalization after motor vehicle collisions. *Journal of Trauma* 2003;5:628.

### *Abstracts:*

*Eckstein M.*  Prehospital pediatric airway management. *Annals of Emergency Medicine*
2004;44:181.

*Eckstein M,*  Chan LS. Impact of ED crowding on paramedic ambulance availability. *Annals of
Emergency Medicine* 2004;44:280-281.

Saver JL, Kidwell CL, *Eckstein M,* Starkman S. Intravenous magnesium for neuroprotection in
acute stroke: basic neuropharmacology supports clinical hope. (*Stroke* 2004;35)

*Eckstein, M.*  A comparison of metered dose inhalers versus nebulizers for the treatment of
acute asthma in the prehospital setting. (Abstract)  *Annals of Emergency Medicine* 1997;30:426.

*Eckstein M,*  Suyehara D.  Needle thoracostomy in the prehospital setting. (Abstract) *Annals of
Emergency Medicine* 1997; 30:395.

*Eckstein M,*  Alo K.  Impact of a focused quality improvement program on paramedic on-scene
times with major trauma patients. (Abstract) *Annals of Emergency Medicine* 1997;30:394.

*Eckstein M.*  Outcomes of trauma patients with airway intervention in the prehospital setting.
(Abstract)  *Annals of Emergency Medicine* 1996; 27: 123-124.

Anglin D, Hutson HR, *Eckstein M.*  Intracranial hemorrhage associated with tangential gunshot
wounds to the head. (Abstract) *Annals of Emergency Medicine* 1996; 27: 123.

*Eckstein, M.*  Personal safety and ownership of firearms among emergency physicians.
(Abstract)  *Academic Emergency Medicine* 1995; 27:342.

Thomsen T, Sayah A, *Eckstein M.*  EMS providers and weapons in the
out-of-hospital setting.  *Academic Emergency Medicine* 1998; 5:438.

## Publications (continued):

### Abstracts (cont'd):

Sayah A, Thomsen T, *Eckstein M.* Restraint application in the field: Inadequacy affecting both patient and EMS providers' safety. (Abstract) *Annals of Emergency Medicine* 1998; 32:s36.

Hutson R, *Eckstein M*, Anglin D. The role of firearms in gang related homicides in Los Angeles.(Abstract) *Academic Emergency Medicine* 1994; 1: A12-13.

Rogers C, *Eckstein M,* Russell M. Post-exercise recovery during four-point restraint. *American Journal of Forensic Science*, September 1996.

*Eckstein M.* Implementation of standing field treatment protocols in Los Angeles. (Abstract) *Annals of Emergency Medicine* 1998;32:s29.

Kidwell CS, Saver JL, *Eckstein M,* et al. High accuracy of emergency medical technician identification of stroke using the Los Angeles Prehospital Stroke Screen (LAPSS). (Abstract) *Stroke* 1998;29:313.

Kidwell CS, Saver JL, *Eckstein M*, et al. Paramedic stroke education and identification using the Los Angeles Paramedic Stroke Screen (LAPSS). (Abstract) American Academy of Neurology, January 1998.

Sayah A, Thomsen T, *Eckstein M.* Managing violent situations in the prehospital setting: How do EMS providers rate their own training? (Abstract) *Annals of Emergency Medicine* 1998;32:s36.

Sayah A, Thomsen T, *Eckstein M.* EMS providers' experiences and concerns with occupational safety. (Abstract) *Annals of Emergency Medicine* 1998;32:s36-37.

Kidwell CS, Starkman S, *Eckstein M*, et al. Identifying stroke in the field: Prospective validation of the Los Angeles Prehospital Stroke Screen (LAPSS) (Abstract) *Stroke* 2000;31:71.

Kidwell CS, Starkman S, *Eckstein M.* Prevalence of true strokes and stroke mimics among patients transported to the emergency department by paramedics. (Abstract) National Stroke Association, July 1998.

Sayah AJ, O'Toole KA, *Eckstein M,* et al. Restraint application in the field: Inadequacy affecting both patient and EMS provider safety. (Abstract) *Prehospital Emergency Care* 1999;3:94.

Sayah AJ, Lowe M, *Eckstein M,* et al. Managing violent situations in the prehospital setting: How do EMS providers rate their own training? (Abstract) *Prehospital Emergency Care* 1999;3:94-95.

Sayah AJ, Axar GA, *Eckstein M,* et al. Emergency medical services providers' experiences and concerns with occupational safety. (Abstract) *Prehospital Emergency Care* 1999;3:95.

*Eckstein M,* Kidwell CS, Saver J, et al. Paramedic evaluation of patients with suspected stroke. (Abstract) *Annals of Emergency Medicine* 1999;34:S66.

## Publications (continued):

### Abstracts (cont'd):

**Eckstein M,** Kidwell CS, Saver J, et al. Prehospital identification of acute stroke. (Abstract) *Annals of Emergency Medicine* 1999;34:S81.

**Eckstein M,** Jantos T, Kelly N. Air ambulance utilization for pediatric patients in an urban EMS system. (Abstract) *Annals of Emergency Medicine* 1999;34:S9.

Sayah AJ, Thompsen D, **Eckstein M.** EMS Providers and Violence in the Field. (Abstract) *Annals of Emergency Medicine* 1999;34:S16.

Llanes JN, Starkman S, Kidwell CS, **Eckstein M,** Saver JL. The LAPSS Motor Scale (LAMS): A new measure for characterizing stroke severity in the field. *Stroke* 2001;32:323.

**Eckstein M,** Stratton S, Weems K. Cardiac arrest resuscitation evaluation in Los Angeles: CARE-LA. (Abstract) *Prehospital Emergency Care* 2002:6;152.

**Eckstein M,** Stratton S, Weems K. Field termination of resuscitation for out-of-hospital cardiac arrest. (Abstract) *Prehospital Emergency Care* 2002:6;153.

Saver JL, Starkman S, **Eckstein M,** et al. Results of the field administration of stroke treatment-magnesium (FAST-MAG) pilot trial: A study of neuroprotective therapy. *Stroke 2002: in press.*

**Eckstein M.** The impact of emergency department overcrowding on paramedic ambulance availability. *Annals of Emergency Medicine* 2003;42:S72.

**Eckstein M,** Starkman S, Saver J, Kidwell C. Tissue plasminogen activator (T-PA) for acute stroke: The Los Angeles Prehospital Stroke Study (LAPSS). *Annals of Emergency Medicine* 2003;42:S94.

Saver JL, Kidwell CS, **Eckstein M,** Starkman S. Consenting Patients in the Field for Enrollment in Prehospital Stroke Trials: Strategy and Results in the FAST-MAG Pilot Trial. *Stroke 2003: in press.*

Eckstein M. Cyanide as a chemical terrorism weapon. *Journal of Emergency Medical Services* 2004;*29:suppl* 22-31.

Saver JL, Kidwell CS, **Eckstein M,** Starkman S, et al. The Field Administration of Stroke Therapy – Magnesium (FAST-MAG) Phase 3 Clinical Trial. *Stroke 2004: in press.*

Benson PC, **Eckstein M,** Henderson SO. Latino victims of cardiac arrest are less likely to receive bystander cardiopulmonary resuscitation than whites in Los Angeles. *Acad Emerg Med* 2006:13;S154-S155.

**Eckstein M,** Herbert M, Henderson SO. EMS and managed care. *Acad Emerg Med* 2006:13;S154-S155.

## Publications (continued):

### Abstracts (cont'd):

*Eckstein M*, Pratt FD, Cooper EM, Nguyen T. Impact of Paramedic Transport with Out-of-Hospital 12-Lead ECG on Door-to-Balloon Times for ST Segment Myocardial Infarction (STEMI) Patients. *Annals of Emergency Medicine*. 2007; 50: S56.

**Eckstein M**. Impact of an EMS Rapid Dispatch Program on 911 Call Processing and Response Times. *Annals of Emergency Medicine*. 2007; 50: S56.

*Eckstein M*, Tadeo R, Rokos IC, Koenig WJ. Implementation of STEMI-Receiving Centers in a Large EMS System. *Annals of Emergency Medicine*. 2007; 50: S57

*De la Torre J*, *Eckstein M*. Occult Pneumothorax and Hemothorax in Major Trauma Patients. *Annals of Emergency Medicine* 2008;52:S97-S98.

*Eckstein M*. Impact of New CPR/Advanced Cardiac Life Support Guidelines on Outcome from Out-of-Hospital Cardiac Arrest. *Annals of Emergency Medicine* 2008;52:S69.

*Eckstein M,* Tadeo R, Koenig W. Evolution of a STEMI Care System: The Los Angeles Experience. *Annals of Emergency Medicine* 2010;58:S261.

*Eckstein M*. Trends in Out-of-Hospital Cardiac Arrests in Los Angeles. *Annals of Emergency Medicine* 2010;58:S262.

Sanossian N, Liebeskind DS, Starkman S, Bath PM, Hamilton S, *Eckstein M,* et al. Elevated Prehospital Blood Pressure Predicts Further Worsening Before Hospital Arrival in Intracerebral Hemorrhage but not in Ischemic Stroke Patients. *Cerebrovascular Diseases* 2011;31(S2)73.

Sanossian N, Mack WJ, Starkman S, Liebeskind DS, HamiltonS, *Eckstein M,* et al. Field Neuroprotective Therapy Followed by Endovascular Recanalization Treatments  in a Phase 3 Clinical Trial. *Cerebrovascular Diseases* 2011;31(S2)73.

Sanossian N, *Eckstein M,* Stratton S, et al. Recruitment of Stroke Patients into Prehospital Research Before and After Implementation of a System-Wide Stroke Triage Policy. Stroke,2012; 42(3) e146.

Restrepo L, Sanossian N, Hamilton S, Liebeskind DS, Ali LK, Conwit R, *Eckstein M*, et al. Stroke Mimics in a Prehospital Stroke Treatment Trial. Stroke 2012, 41(4) e2

Sanossian N, Starkman S, Hamilton S , Liebeskind DS, *Eckstein M*, et al. Development and Validation of a Clinical Scale Distinguishing Hemorrhagic and Ischemic Stroke in the First Two Hours after Onset. Stroke 2012;41(4) e2

Sanko S, *Eckstein M*. Emergency Medical Service Frequent User Resource Utilization: The Los Angeles Experience. *Ann of Emerg Med* Vol. 62, Issue 4, Supplement, Page S145.

Sanko S, *Eckstein M.* Characteristics of the most frequent "super users" of emergency medical services. *Ann of Emerg Med* Vol. 62, Issue 4, Supplement, Page S145.

## Publications (continued):

### Abstracts (cont'd):

*Eckstein M*, Flores J, Sanko S, Schlesinger S, Levine M. Emergency medical dispatch consultation of poison control center can decrease EMS transports and charges. *Prehosp Emerg Care* 2014;18:126.

Milano P, Sanko S, *Eckstein M*. Acute ischemic stroke patients receive thrombolytic therapy at a higher rate when transported by EMS. *Prehosp Emerg Care* 2014;18:128.

Sanko S, *Eckstein M*. Initial Glasgow Coma Score upon ED arrival after out-of-hospital cardiac arrest is not a predictor of discharge neurologic status. *Prehosp Emerg Care* 2014;18:135.

Sanko S, *Eckstein M*. Emergency Medical Service "super-user" resource utilization: The Los Angeles Experience. *Prehosp Emerg Care* 2014;18:159.

Schlesinger S, Sanko S, *Eckstein M*. Interfacility transports between emergency departments using the 911 EMS system. *Prehosp Emerg Care* 2014;18:159.

Sanko S, *Eckstein M*. Characteristics of the most frequent "super-users" of emergency medical services. *Prehosp Emerg Care* 2014;18:159.

Bosson N, *Eckstein M*, Sanko S, et al. Causes of false positive and false negative software interpretation of ST-elevation myocardial infarction in out-of-hospital electrocardiogram. *Ann Emerg Med* 2015;66:S47

Sanko S, *Eckstein M*, Bosson N, et al. Accuracy of out-of-hospital automated ST segment elevation myocardial infarction detection by Lifepak 12 and 15 devices: The Los Angeles Experience. *Ann Emerg Med* 2015;66:S6.

Sanko S, *Eckstein M*, Bosson N, et al. Differences in out-of-hospital electrocardiogram test characteristics by patient sex and ethnicity in a large urban area. *Ann Emerg Med* 2015;66:S49.

### *Textbook Chapters:*

Newton E, *Eckstein M*.  Medical Complications of Pregnancy. (Book chapter)  In Rosen P, Baker FJ, Barkin RM, et al (eds.):  *Emergency Medicine: Concepts and Clinical Practice.*  St. Louis, MO; Mosby, 4th  edition: 1997; pp. 2404-2417.

*Eckstein M*, Stratton S.  Prehospital Trauma Care. (Book chapter)  In: *Trauma Secrets.*  Naude G, Bongard F, Demetriades D (eds.), Philadelphia, PA; Hanley and Belfus, 1998; pp.1-8.

*Eckstein M*.  Prehospital Management of the Head Injured Patient. (Book chapter) In: *Emergency Management of Head Trauma.* Newton E (ed.), New York, NY; Cambridge University Press, 2001.

Stratton S, *Eckstein M*.  Prehospital Trauma Care. (Book chapter) In: *Trauma Management.* Demetriades D, Asensio J (eds.), Georgetown, TX; Landes Bioscience, 2000; pp. 1-14.
In Kuehl A (ed):  *Prehospital Systems and Medical Oversight.* 3rd edition: 2002 pp.68-74.

### Textbook Chapters (cont'd):

**Eckstein M,** Henderson S. Thoracic Trauma. (Book chapter) In Rosen P, Baker FJ, Barkin RM, et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.* St. Louis, MO; Mosby, 5th edition: 2002; pp. 381-414.

Newton E, **Eckstein M.** Medical Complications of Pregnancy. (Book chapter) In Rosen P, Baker FJ, Barkin RM, et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.* St. Louis, MO; Mosby, 5th edition: 2002; pp. 2434-2446.

**Eckstein M,** Pratt F. Fire-based EMS. In Kuehl A (ed): *Prehospital Systems and Medical Oversight.* 3rd edition: 2002 pp.68-74.

**Eckstein M,** Stratton S. Prehospital Trauma Care. (Book chapter) In: *Trauma Secrets (2nd ed.)* . Naude G, Bongard F, Demetriades D (eds.), Philadelphia, PA; Hanley and Belfus, 2003, pp 1-8.

**Eckstein M,** Fowler R. Scene Preparedness. (Book Chapter) In: *Medical Response to Terrorism.* Keyes C, Swienton R, Burstein SL (eds), Philadelphia, PA; Lippincott Williams and Wilkins, 2005 pp 226-234.

**Eckstein M,** Henderson S. Thoracic Trauma. (Book chapter) In Rosen P, Baker FJ, Barkin RM, et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.* St. Louis, MO; Mosby, 6th edition: 2004.

**Eckstein M,** Henderson S. Thoracic Trauma. (Book chapter) In Rosen P, Baker FJ, Barkin RM, et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.* St. Louis, MO; Mosby, 7th edition: 2008

**Eckstein M,** Pratt F. Fire-based EMS. In: *Emergency Medical Services: Clinical Practice and Systems Oversight,* Cone DC, Fowler R O*Connor RE (eds).Textbook of the National Association of EMS Physicians, Kendall-Hunt Publications, Dubuque, IA, 2009.

**Eckstein M,** Racht EM, Pepe PE. Termination of resuscitation in the out-of-hospital setting. In: *Emergency Medical Services: Clinical Practice and Systems Oversight,* Cone DC, Fowler R O*Connor RE (eds).Textbook of the National Association of EMS Physicians, Kendall-Hunt Publications, Dubuque, IA, 2009.

**Eckstein M.** Thoracic Trauma. In: *Paramedic Practice Today,* Aehlert B (ed.) Elsevier-Mosby JEMS, St. Louis, MO, 2010.

**Eckstein M,** Henderson S. Thoracic Trauma. (Book chapter) In Rosen P, Baker FJ, Barkin RM, et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.* St. Louis, MO; Mosby, 8th edition: 2012.

Marc Eckstein, MD, MPH                                                    Page 27

### *Non-Peer Reviewed Articles:*

*Eckstein M.* Fearing the Elderly Patient with New Onset Wheezing. (Book Chapter) In Lawner, B, Slovis C, Fowler F, et al (eds.): *Avoiding Common Prehospital Errors*, 2012.

*Eckstein M,* Henderson S. Thoracic Trauma. (Book chapter)  In Marx J, Hockberger R, Walls R et al (eds.): *Emergency Medicine: Concepts and Clinical Practice.*  St. Louis, MO; Mosby, 8th edition: 2014

*Eckstein M*,  Hutson R.  Street gangs: Save yourself while saving a life.  *Emergency Medical Services* 1994;23:18-22.

*Eckstein M.*  Risk management 101 for EMS providers.  *Los Angeles Fireman's Relief Association Grapevine* 1998;73:23-25.

*Eckstein M.*  Risk management 201:  Lessons learned.  *Los Angeles Fireman's Relief Association Grapevine* 1998;73:31-37.

*Eckstein M.*   Cardiac arrest:  Focusing on the priorities. *Los Angeles Fireman's Relief Association Grapevine* 1998;73:37-39.

*Eckstein M.*   Hepatitis C: A primer for firefighters and paramedics. Los Angeles City Fire Department Departmental Bulletin No. 99-3, 1999.

*Eckstein M.*  The Case of the Month: Penetrating Neck Injuries. *Los Angeles Fireman's Relief Association Grapevine* 1999;74.

*Eckstein M.*  Cardiac Arrest: Why all the Fuss? *Los Angeles Fireman's Relief Association Grapevine* 1999;74.

*Eckstein M.*  Airway Management: A Dynamic Process. *Los Angeles Fireman's Relief Association Grapevine* 1999;74.

*Eckstein M.* The Case of the Month: Cardiac Tamponade. *Los Angeles Fireman's Relief Association Grapevine* 1999;74.

*Eckstein M.* The Case of the Month: Tension Pneumothorax. *Los Angeles Fireman's Relief Association Grapevine* 2000;75.

Walsh DW, *Eckstein M*. Hydrogen cyanide in fire smoke: an unrecognized threat. *Emergency Medical Services*  October 2004.

*Eckstein M.*  The Case of the Month: Syncope. *Los Angeles Fireman's Relief Association Grapevine* 2007;83:3.

*Eckstein M.*  The Case of the Month: Pediatric Seizure. *Los Angeles Fireman's Relief Association Grapevine* 2007;83:3.

*Eckstein M.*  The Case of the Month: Excited Delerium. *Los Angeles Fireman's Relief Association Grapevine* 2007;83:3.

### *Non-Peer Reviewed Articles (Cont'd):*

**Eckstein M.** The Case of the Month: STEMI. *Los Angeles Fireman's Relief Association Grapevine* 2007;82:34-35.

**Eckstein M.** The Case of the Month: The Missed MI. *Los Angeles Fireman's Relief Association Grapevine* 2008;83:44-45.

**Eckstein M.** The Ambulance Industry Struggles to Go the Distance. *Health Affairs* 2013;32:2067-2068.

## Professional Organizations:

American College of Emergency Physicians (ACEP)

California Chapter of the American College of Emergency Physicians (CAL-ACEP)

National Association of EMS Physicians (NAEMSP)

California State Firefighters' Association (CSFA)

## Consulting Activities:

1996 - Present: Medical Expert, City of Los Angeles, District Attorney's Office

1996 - Present: Medical expert for various legal cases in emergency medicine and emergency medical services

## Postgraduate Education:

2007 -  **Master of Public Health (with a concentration in Homeland Security)**
American Public University
Manassas, Virginia

1999 – *P.C. 832: Powers of Arrest Course*, certified by the
California Commission on Peace Officer Standards and Training (POST)

1996 – *Executive Management Development Program for Physicians*,
University of Southern California School of Business Administration

## Invited Lectures and Abstract Presentations:

"The increasing role of firearms in gang related homicides in Los Angeles."
*Society of Academic Emergency Medicine* (SAEM) annual meeting
Washington, DC (May, 1994)

"EMS:  Past, present, and future."
*EMS Week Annual Conference*
Pasadena, California (May, 1994)

"Current Controversies in EMS."
The 12th annual *EMS Conference*
Santa Barbara, California (November, 1994)

"Medical Direction of Emergency Medical Technicians."
*California State EMS Authority - EMT Workshop.*
Sacramento, San Francisco, and Beverly Hills ,California (March, 1995)

"Personal safety and ownership of firearms among emergency physicians."
*Society of Academic Emergency Medicine* (SAEM) annual meeting
San Antonio, Texas (May, 1995)

"Medications and illnesses during pregnancy."
*American College of Emergency Physicians (ACEP) National Scientific   Assembly*
Washington DC (September, 1995)

"Outcomes of major trauma patients with prehospital airway intervention."
*American College of Emergency Physicians (ACEP) Annual Research Forum*
Cincinnati, Ohio  (February, 1996)

"Trauma '96: An Update for Prehospital Providers."
*1996 Annual EMS Expo*
Atlanta, Georgia  (April, 1996)

"Prehospital airway management of the major trauma patient."
*University of Southern California Annual Trauma/Critical Care Symposium*
Pasadena, California  (May, 1996)

"EMS: Tomorrow and Beyond"
*California State Firefighter's Association's Annual EMS Seminar*
Northridge, California (October, 1996)

"Current Controversies in EMS"
USC Department of Emergency Medicine Grand Rounds
Los Angeles, California (April, 1996)

## Invited Lectures (continued):

"Paramedic Base Station EMS Run Review"
Monthly presentation at *Emergency Medicine Department Grand Rounds*
Los Angeles County/University of Southern California Medical Center
Los Angeles, California (1993 - present)

Keynote speaker
*Paramedic Training Institute Graduation Ceremony*
Torrance, California (March, 1997)

"The Role of Prehospital Intubation in the Major Trauma Patient"
*University of Southern California Annual Trauma/Critical Care Symposium*
Pasadena, California (May, 1997)

"Prehospital triage and treatment of stroke."
"Emergency Department triage and treatment of stroke."
*American Academy of Neurology Acute Stroke Management Workshops*
San Diego, California (May, 1997)

"The Role of Intravenous Fluids in Prehospital Care of the Trauma Patient"
*Los Angeles County Annual EMS Seminar*
Los Angeles, California (September, 1997)

"Needle Thoracostomy in the Prehospital Setting"
*American College of Emergency Physicians Annual Research Forum*
San Francisco, California (October, 1997)

"A Comparison of Metered Dose Inhalers versus Nebulizers for the Treatment of  Acute
Asthma in the Prehospital Setting"
*American College of Emergency Physicians Annual Research Forum*
San Francisco, California (October, 1997)

"Impact of a focused quality improvement program on paramedic .
on-scene times with major trauma patients"
*American College of Emergency Physicians Annual Research Forum*
San Francisco, California (October, 1997)

"Trauma Update"
*Santa Barbara County Health Care Services Annual EMS Conference*
Santa Barbara, California (October, 1997)

"Prehospital Airway Management in the Major Trauma Patient"
*Sharp Memorial Medical Center Trauma Grand Rounds*
San Diego, California (December, 1997)

"Introduction to Anti-terrorism: The Nerve Agents"
*USC Department of Emergency Medicine Grand Rounds*
Los Angeles, California (January, 1998)

## Invited Lectures (continued):

"Paramedic On-Scene Times for Major Trauma Patients"
*University of Southern California Annual Trauma/Critical Care Symposium*
Pasadena, California  (May, 1998)

"Stroke for the Primary Care Physician: ER Management of Stroke"
*American Heart Association Multidisciplinary Stroke Symposium*
Los Angeles, California (May, 1998)

On-Scene Termination of Resuscitation Efforts for the Trauma Patient"
*Society for Academic Emergency Medicine Annual Meeting*
Chicago, Illinois (May, 1998)

"Automatic external defibrillators"
*Meeting of the City of Los Angeles Fire Commission*
Los Angeles, California (June, 1998)

"Implementation of standing field treatment protocols in Los Angeles"
*American College of Emergency Physicians Annual Research Forum*
San Diego, California (October, 1998)

"Prehospital Management of Burns"
*Torrance Memorial Medical Center Burn Conference*
Torrance, California (November, 1998)

"Air Ambulance Utilization for Pediatric Patients in an Urban EMS System"
*SAEM Western Regional Research Forum*
Redondo Beach, California (March, 1999)

"Paramedic Evaluation of Patients with Suspected Stroke"
*SAEM Western Regional Research Forum*
Redondo Beach, California (March, 1999)

"Prehospital Identification of Acute Stroke"
*SAEM Western Regional Research Forum*
Redondo Beach, California (March, 1999)

"Prehospital Management of Burns: A Case-Based Review"
*Torrance Memorial Medical Center 2nd Annual Burn Conference*
Torrance, California (May, 1999)

"Air Ambulances: Lessons Learned from the LA Experience"
*University of Southern California Annual Trauma/Critical Care Symposium*
Pasadena, California  (June, 1999)

"Introduction to Anti-Terrorism: The Nerve Agents"
*University of Southern California Annual Medicine Refresher Course*
Maui, Hawaii (August, 1999)

## Invited Lectures (continued):

"Update in Trauma Management for Primary Care Providers"
*University of Southern California Annual Medicine Refresher Course*
Maui, Hawaii (August, 1999)

"New Emergency Airway Adjuncts"
*University of Southern California Annual Medicine Refresher Course*
Maui, Hawaii (August, 1999)

"Emergency Recognition and Management of Acute Stroke"
*University of Southern California Annual Medicine Refresher Course*
Maui, Hawaii (August, 1999)

"EMS Literature Update"
*University of Southern California Annual Medicine Refresher Course*
Maui, Hawaii (August, 1999)

"Prehospital identification of acute stroke."
*American College of Emergency Physicians Annual Research Forum*
Las Vegas, Nevada (October, 1999)

"Paramedic evaluation of patients with suspected stroke."
*American College of Emergency Physicians Annual Research Forum*
Las Vegas, Nevada (October, 1999)

"Air ambulance utilization for pediatric patients in an urban EMS system."
*American College of Emergency Physicians Annual Research Forum*
Las Vegas, Nevada (October, 1999)

"EMS System Showcase: Los Angeles City"
*National Association of EMS Physicians (NAEMSP) Annual Meeting*
Dana Point, California (January, 2000)

"Prehospital Airway Management of the Trauma Patient"
*University of Southern California Annual Trauma/Critical Care Symposium*
Los Angeles, California (June, 2000)

Keynote Speaker
*UCLA Paramedic School Graduation Ceremony*
Los Angeles, California (November, 2000)

"Termination of Field Resuscitation of Traumatic Arrests"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2001)
 "Use of tPA in acute stroke patients identified by paramedics utilizing the Los Angeles
prehospital stroke screen"
*Society for Academic Emergency Medicine Western Regional Research Forum*
Newport Beach, California (March, 2001)

## Invited Lectures (continued):

"Air versus ground transportation for trauma patients"
*USC/US Naval Medical Center Trauma/Critical Care Symposium*
Pasadena, California (April, 2001)

"Disaster Medicine"
*American Academy of Physician Assistants Annual Conference*
Anaheim, California (May, 2001)

Cardiac Arrest Resuscitation Evaluation in Los Angeles: CARE-LA
National Association of EMS Physicians Annual Meeting
Tucson, Arizona (January, 2002)

"Field Termination of Out-of-Hospital Cardiac Arrests"
National Association of EMS Physicians Annual Meeting
Tucson, Arizona (January, 2002)

"EMS Medical Direction: Pearls and Pitfalls"
National Association of EMS Physicians Annual Meeting
Tucson, Arizona (January, 2002)

"Reflections from Ground Zero: The World Trade Center Tragedy"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2002)

"EMS and Politics: The LA Story"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2002)

"Urban Search and Rescue"
California State Firefighters Association Annual EMS Seminar
Northridge, California (April, 2002)

"Disaster Medicine"
MLK/Drew Medical Center Emergency Medicine Grand Rounds
Los Angeles, California (April, 2002)

"Paramedic Identification of Congestive Heart Failure"
Florida EMF Clinical Conference on Prehospital Care
Orlando, Florida (July, 2002)

"Current Controversies in EMS"
Florida EMF Clinical Conference on Prehospital Care
Orlando, Florida (July, 2002)

"Introduction to Nerve Agents"
Good Samaritan Disaster Medicine Symposium
Los Angeles, California (September, 2002)

## Invited Lectures (continued):

"Multiple Casualty Incidents"
LAFD Chief Officer Training Symposium
Los Angeles, California (December, 2002)

"CHF: A Protocol for EMS Providers"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2003)

"Ambulance Diversion"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2003)

Implementation of a Public Access AED Program
American Heart Association PAD Conference
Los Angeles, California (March, 2003)

"Helicopter Transport: Bang for our Buck?"
USC Trauma/Critical Care Symposium
Pasadena, California (May, 2003)

"Prehospital Care of the Trauma Patient"
Hawaiian Islands Trauma Symposium
Honolulu, Hawaii (July, 2003)

"Paralytic Agents in the Prehospital Setting"
Hawaiian Islands Trauma Symposium
Honolulu, Hawaii (July, 2003)

"Risk Management in EMS"
Hawaiian Islands Trauma Symposium
Honolulu, Hawaii (July, 2003)

"Disaster Medicine"
USC Essentials of Emergency Medicine Course
Las Vegas, Nevada (November, 2003)

"Trauma in Pregnancy"
USC Essentials of Emergency Medicine Course
Las Vegas, Nevada (November, 2003)

"Magnesium for Acute Stroke: FAST-MAG"
EMS State of the Science: A Gathering of Eagles Conference
Dallas, Texas (February, 2004)

"2 for 1: Trauma in Pregnancy"
EMS Today – JEMS Annual Conference
Salt Lake City, Utah (March, 2004)

## Invited Lectures (continued):

"Prehospital Trauma Care: More or Less?"
EMS Today – JEMS Annual Conference
Salt Lake City, Utah (March, 2004)

"Chemical Weapons"
EMS Today – JEMS Annual Conference
Salt Lake City, Utah (March, 2004)

"Cyanide as a Chemical Weapon"
Fire-Rescue Med 2004
Las Vegas, Nevada (April 2004)

"New Methods of Prehospital Airway Management"
USC Trauma and Critical Care Symposium
Pasadena, California (May 2004)

"Paramedic Initiation of Neuroprotective Agents in the Field: The FAST-MAG Study"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2004)

" The Impact of ED Overcrowding on EMS Availability"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2004)

"Airway management in the patient with cervical spine injury"
USC Airway Management Course
Los Angeles, California (September 2004)

"Controversies in Prehospital Care: Aeromedical Transport and Other Hot Topics"
ACEP 2004 Scientific Assembly
San Francisco, California (October 2004)

"Advice for the New and Not So New EMS Medical Director"
ACEP 2004 Scientific Assembly
San Francisco, California (October 2004)

"Blood Products – When, What, How?"
USC Essentials Course 2004
Las Vegas, Nevada (November 2004)

"Apparently Minor MVA - A Work-Up and Treatment Algorithm"
USC Essentials Course 2004
Las Vegas, Nevada (November 2004)

"EMS Scope of Practice: Is More Good or is Less More"
National Association of EMS Physicians Annual Conference
Naples, Florida (January, 2005)

"Tracheal Debate: Whether to Intubate"
EMS State of the Science-A Gathering of Eagles
Dallas, Texas (February, 2005)

## Invited Lectures (continued):

"Salt Water or Hemoglobin:  Blood Substitutes in the Prehospital Setting"
EMS Today – JEMS Annual Conference
Philadelphia, Pennsylvania (March, 2005)

"Diagnosis & Treatment of Cyanide Toxicity - New & Improved"
EMS Today – JEMS Annual Conference
Philadelphia, Pennsylvania (March, 2005)

"Trauma in Pregnancy"
EMS Today – JEMS Annual Conference
Philadelphia, Pennsylvania (March, 2005)

"Los Angeles Paramedic Staffing Shortage: Crisis to Solution"
IAFC Fire Rescue Med Annual Conference
Las Vegas, Nevada (April, 2005)

"Is Air Ambulance Transport Worth the Cost?"
University of Southern California Annual Trauma/Critical Care Symposium
Pasadena, California  (May, 2005)

"Current Controversies in EMS"
FDIC West Annual Conference
Los Angeles, California (June, 2005)

"'Prehospital Trauma Care: What Works and What Doesn't?'
International Interdisciplinary Conference on Emergencies
Montreal, Canada (June, 2005)

"Termination of resuscitative efforts in the prehospital setting: recognizing futility"
International Interdisciplinary Conference on Emergencies
Montreal, Canada (June, 2005)

"Disaster Preparedness in a Large, Urban Area: Keys for Success"
International Interdisciplinary Conference on Emergencies
Montreal, Canada (June, 2005)

"EMS Scope of Practice Controversies"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2005)

"Current Controversies in EMS"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2005)

"Prehospital Airway Management of the Trauma Patient"
Cottage Hospital Annual Trauma Conference
Santa Barbara, California (July, 2005)

## Invited Lectures (continued):

"Controversies in EMS"
Santa Barbara Annual EMS Conference
Santa Barbara, California (October, 2005)

"Current Topics in EMS"
Prehospital Emergency Care and Crisis Intervention Conference
Salt Lake City, Utah (November, 2005)

"Disaster Medicine"
Prehospital Emergency Care and Crisis Intervention Conference
Salt Lake City, Utah (November, 2005)

"Salt Water or Blood: Hemoglobin Substitutes"
Prehospital Emergency Care and Crisis Intervention Conference
Salt Lake City, Utah (November, 2005)

"Thoracic Trauma Update"
"The LA Train Disaster: Lessons Learned"
USC Essentials of Emergency Medicine 2005
Las Vegas, Nevada (November, 2005)

"The LA Train Disaster: Lessons Learned"
USC Essentials of Emergency Medicine 2005
Las Vegas, Nevada (November, 2005)

"The Role of Capnography in EMS"
EMS State of the Science-A Gathering of Eagles
Dallas, Texas (February, 2006)

"Healthcare System Capacity During an Influenza Pandemic"
National Disaster Medical System (NDMS) Annual Conference
Reno, Nevada (April, 2006)

"Termination of Resuscitation in the Field: Recognizing Futility"
California EMS Authority EMS Conference
San Diego, California (May, 2006)

"Cardiac Care/Cardiac Arrest 2006: State of the Art"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2006)

"Hemophilia and Sickle Cell Anemia"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2006)

"EMS Staffing Models: All ALS vs. A Tiered Model"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2006)

## Invited Lectures (continued):

"Minor Abdominal Trauma – CT and Home?"
USC Essentials of Emergency Medicine 2006
Las Vegas, Nevada (November, 2006)

"Blunt Cardiac Arrest: An Algorithm"
USC Essentials of Emergency Medicine 2006
Las Vegas, Nevada (November, 2006)

"Toxic Inhalations"
Institute for Emergency Medical Education Annual Conference
Maui, Hawaii (December, 2006)

"Disaster Medicine"
National Ass'n of EMS Physicians Medical Director's Course
Naples, Florida (January, 2007)

"ED Overcrowding"
National Ass'n of EMS Physicians Medical Director's Course
Naples, Florida (January, 2007)

"Challenging Past Practice in EMS"
National Ass'n of EMS Physicians Annual Conference
Naples, Florida (January, 2007)

"Is Transport to the Closest Hospital a Thing of the Past?"
EMS State of the Science-A Gathering of Eagles
Dallas, Texas (February, 2007)

"The Paramedic Shortage: Feast or Famine"
EMS State of the Science-A Gathering of Eagles
Dallas, Texas (February, 2007)

"The New Cyanide Antidote: Ready for Primetime?"
EMS State of the Science-A Gathering of Eagles
Dallas, Texas (February, 2007)

"Cardiac Care and Cardiac Arrest Resuscitation: State of the Art"
EMS Today Annual Conference
Baltimore, Maryland (March, 2007)

"ALS vs BLS: Is more ALS really better?"
EMS Today Annual Conference
Baltimore, Maryland (March, 2007)

"Trauma Care 2007"
EMS Today Annual Conference
Baltimore, Maryland (March, 2007)

## Invited Lectures (continued):

"New Treatments for Smoke Inhalation"
Nevada Rural EMS Conference
Elko, Nevada (April, 2007)

"Plain Films for Trauma: Obsolete?"
USC Trauma and Critical Care Symposium
Pasadena, California (May, 2007)

"Toxic Inhalations"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2007)

"Trauma Update 2007"
Florida Emergency Medicine Foundation Annual ClinCon Conference
Orlando, Florida (July, 2007)

"Challenging Past Practice in EMS"
Annual EMS Leadership Conference
Toronto, Canada (September 2007)

"Gadgets, gizmos, and new devices in EMS"
ACEP Advanced EMS Medical Director's Course
Seattle, Washington (October, 2007)

"New Approaches to treating toxic inhalation"
Whatcom County EMS Annual conference on Prehospital medicine
Bellingham, Washington (October, 2007)

"Current Controversies in EMS"
Whatcom County EMS Annual conference on Prehospital medicine
Bellingham, Washington (October, 2007)

"What's New in Prehospital Care?"
USC Essentials of Emergency Medicine 2007
Las Vegas, Nevada (November, 2007)

"End-Tidal CO2 – Uses in the Emergency Department"
USC Essentials of Emergency Medicine 2007
Las Vegas, Nevada (November, 2007)

"What's New in Trauma Management"
Institute for Emergency Medical Education Annual Conference
Maui, Hawaii (December 2007)

"Fundamentals of Disaster Management"
NAEMSP Medical Director's Course
Phoenix, Arizona (January 2008)

## Invited Lectures (continued):

"Termination of Resuscitation"
EMS State of the Science Annual Conference
Dallas, Texas (February 2008)

"Impact of STEMI Receiving Centers"
EMS State of the Science Annual Conference
Dallas, Texas (February 2008)

Keynote Speaker
Navigator Emergency Medical Dispatcher Annual Conference
Baltimore, Maryland (April 2008)

Incorporating New Devices Into Your EMS System
Emergency Cardiovascular Care Conference
Las Vegas, Nevada (June 2008)

"Paramedic Staffing and Deployment Strategies"
ACEP Advanced EMS Medical Directors' Course
Chicago, Illinois (October 2008)

"Metrolink Tragedy: Multiple Casualty Incident"
USC Essentials of Emergency Medicine 2008
Las Vegas, Nevada (November, 2008)

"Penetrating Extremity Trauma"
USC Essentials of Emergency Medicine 2008
Las Vegas, Nevada (November, 2008)

The LA Metrolink Crash: New MCI Considerations"
EMS State of the Science Annual Conference
Dallas, Texas (February 2009)

"The Metrolink Disaster: MCI Lessons Learned"
USC Trauma and Critical Care Symposium
Pasadena, California (March, 2009)

"Prehospital Intubation for the Major Trauma Patient: Pro or Con?"
Cottage Hospital Annual Multiple Trauma Symposium
Santa Barbara, California (July, 2009)

"Can EMS Decide Who Should Be Transported?"
ACEP Advanced EMS Medical Directors' Course
Boston, Massachusetts (October 2009)

"Implementation of STEMI Receiving Centers in Los Angeles"
ACEP Advanced EMS Medical Directors' Course
Boston, Massachusetts (October 2009)

## Invited Lectures (continued):

"Agitated Delirium"
ACEP Advanced EMS Medical Directors' Course
Boston, Massachusetts (October 2009)

"Transvenous Pacemakers"
USC Essentials of Emergency Medicine 2009
Las Vegas, Nevada (November, 2009)

"Destination and Diversion Issues in EMS"
National Association of EMS Physicians Annual Meeting
Phoenix, Arizona (January, 2010)

"Creation of STEMI Centers"
NAEMSP Advanced EMS Medical Directors Course
Phoenix, Arizona (January, 2010)

"H1N1 and EMS"
National Association of EMS Physicians Annual Meeting
Phoenix, Arizona (January, 2010)

"Mandatory Transportation Debate"
EMS State of the Science Annual Conference
Dallas, Texas (February 2010)

"CPR: Present Practice and Future Directions"
Providence Holy Cross Medical Center
Mission Hills, California (April 2010)

"FAST MAG Study: EMS Role in Early Stroke Treatment"
Emergency Management of Stroke Conference
Houston, Texas (April 2010)

"Hypothermia for Cardiac Arrest"
USC Essentials of Emergency Medicine
San Francisco, California (November, 2010)

"CPR Made Simple"
USC Essentials of Emergency Medicine
San Francisco, California (November, 2010)

"2010 Ways for Managing Strokes"
Emergency Cardiovascular Care Update (ECCU)
San Diego, California (December, 2010)

"Navigating the Hurdles in Effecting STEMI System Care"
Emergency Cardiovascular Care Update (ECCU)
San Diego, California (December, 2010)

"As Serious as a Heart Attack: STEMI Systems of Care"
EMS State of the Science Annual Conference
Dallas, Texas (February 2011)

## Invited Lectures (continued):

"What's New is Prehospital Stroke Care?"
EMS State of the Science Annual Conference
Dallas, Texas (February 2010)

"Who is a Trauma Patient?"
Santa Barbara Annual Trauma Symposium
Santa Barbara, California (June 2011)

Preserving Neurologic Function in CPR and Acute Stroke
Torrance Memorial Medical Center
Torrance, California (September 2011)

Establishing a STEMI System
ACEP Advanced EMS Medical Directors' Course
San Francisco, California (October 2011)

Trends in Out-of-Hospital Cardiac Arrest in Los Angeles
ACEP Research Forum
San Francisco, California (October 2011)

Evolution of a STEMI Care System: The Los Angeles Experience
ACEP Research Forum
San Francisco, California (October 2011)

Best EMS Papers of 2011
USC Essentials of Emergency Medicine
San Francisco, California (November, 2011)

Ten Trauma Errors to Avoid
USC Essentials of Emergency Medicine
San Francisco, California (November, 2011)

Confronting EMS Budget Cuts in the Era of Healthcare Reform
EMS State of the Science Annual Conference
Dallas, Texas (February, 2012)

The New Trauma Triage 2012
EMS State of the Science Annual Conference
Dallas, Texas (February, 2012)

Mechanical Devices in CPR
1st Pan-Hellenic Congress on Emergency Prehospital Care
Thessaloniki, Greece (April, 2012)

Organization and Funding of the Los Angeles EMS System
1st Pan-Hellenic Congress on Emergency Prehospital Care
Thessaloniki, Greece (April, 2012)

## Invited Lectures (continued):

Paramedic Training in Los Angeles
1st Pan-Hellenic Congress on Emergency Prehospital Care
Thessaloniki, Greece (April, 2012)

Do Paramedics Make any Difference in Stroke Patients?
1st Pan-Hellenic Congress on Emergency Prehospital Care
Thessaloniki, Greece (April, 2012)

Keynote Speaker: Health Reform and EMS
Ohio State Annual EMS Conference
Columbus, Ohio (May, 2012)

Trial and Error: Dealing with Mistakes in EMS
Ohio State Annual EMS Conference
Columbus, Ohio (May, 2012)

Hospital Emergency Response Teams
USC Trauma and Critical Care Symposium
Pasadena, California (May, 2012)

Role of Capnography as a Predictor in Cardiac Arrest
EMS Administrators Leadership Conference of California
Long Beach, California (June, 2012)

Alternatives to Routine Emergency Department Transport
ACEP Advanced EMS Medical Directors' Course
Denver, California (October 2012)

The Rising Tide of Pulseless Electrical Activity
Cedars Sinai Arrhythmia Conference
Los Angeles, California (December, 2012)

EMS in Trauma Care: Less is More?
3rd Annual California Trauma and Resuscitation Symposium
San Diego, California (January, 2013)

Healthcare Reform and EMS
Eagles Annual EMS Conference
Dallas, Texas (February, 2013)

Maximizing Care in Mass Casualty Incidents
USC Trauma and Critical Care Symposium
Pasadena, California (May, 2013)

Optimizing Outcomes from Traumatic Brain and Spinal Cord Injury
Neurocritical Care Symposium
Los Angeles, California (June, 2013)

Prehospital Spinal Immobilization: A Critical Appraisal
USC Trauma and Critical Care Symposium
Pasadena, California (May, 2014)

## Invited Lectures (continued):

Management of Office Emergencies
Orange County Dental Association
Irvine, California (October 2014)

Collateral Advantages of Prehospital Research
EMS State of the Science Annual Conference
Dallas, Texas (February, 2015)

Impact and Results of the FAST MAG Study
EMS Administrators of California Annual Conference
Coronado, California (May, 2015)

Pit Crew Concept in Prehospital Care
Emergency Cardiovascular Care Update Conference
San Diego, California (December 2015)

Collateral Advantages of Prehospital Research
Emergency Cardiovascular Care Update Conference
San Diego, California (December 2015)

Impact of a new dispatch system on cardiac arrest survival
Emergency Cardiovascular Care Update Conference
San Diego, California (December 2015)

Implementation of a Nurse Practitioner Response Unit
EMS State of the Science Annual Conference
Dallas, Texas (February 2016)

Helicopter Transport in an Urban Area: Saving Lives or Wasting Resources?
USC Trauma/Critical Care Symposium
Pasadena, California (May 2016)

Innovation in EMS
California Fire, EMS, and Disaster (CFED) Conference
Indian Wells, California (May 2016)

## Grant Funding:

♦ Department of Health and Human Services – Maternal and Child Health Bureau
  "Evaluation of the Pediatric Assessment Triangle as an Assessment Tool for Children in the Prehospital Setting""
  Study Role: *Co-Principal Investigator*
  Research Award Number: 43543
  Funding Period: September 2007 – August 2010
  Amount Received: **$600,000**

♦ National Institutes of Health Grant, for the study entitled:
  *"Field Administration for Stroke Therapy - Magnesium (FAST-MAG)*
  Study Role: *Co-Principal Investigator*
  NIH GRANT NUMBER: 1 U01 NS044364-01A1
       Funding Period: July 2003-June 2012
       Amount Received: **$ 16,000,000**

♦ Annenberg Foundation, EMS Emergency Cardiac Care Project
  Secured donation to purchase 12 lead ECGs for all LAFD paramedic resources, provide ACLS training for all LAFD paramedics, and hire two full time research assistants to pursue cardiac center designation in Los Angeles under the auspices of the American Heart Association
  Funding Period: July 2004 – July 2006
  Amount Received: **$ 2,910,195**

♦ American Heart Association, Beginning Grant-in-Aid, for the study entitled:
  *"Cardiac Arrest and Resuscitation Evaluation in Los Angeles: CARE-LA".*
  Study Role: *Principal Investigator*
  AHA GRANT NUMBER: 0060113Y
       Funding period: July 2000 - July 2002
       Amount Received: **$ 120,000**

♦ EMS Prevention 2000 Block Grant from the Centers for Disease Control, *through the* California State EMS Authority, for the study entitled
  *"Prehospital Identification and Rapid Treatment of Acute Stroke".*
  Study Role: *Principal Investigator*
       Funding period: July 1998 - July 2000.
       Amount Received: **$ 160,000**

♦ American Heart Association, Greater Los Angeles Affiliate
  for study entitled *"Prehospital Identification and Rapid Treatment of Acute Stroke".*
  Study Role: *Principal Investigator*
  AHA GRANT NUMBER: 1124-GI1.
       Funding period: July 1997 - July 1998.
       Amount Received: **$ 40,000**

## Grant Funding (cont'd):

♦ American Heart Association, Greater Los Angeles Affiliate
  for study entitled *"Prehospital Identification and Rapid Treatment of Acute Stroke"*.
  Research Award # 1124-GI2.
  Study Role: ***Principal Investigator***
  Funding period: July 1998- July 1999.
  Amount Received: **$ 40,000**

♦ The University of Southern California James H. Zumberge Faculty Research and
  Innovation Fund for study entitled *"Prehospital Identification and Rapid Treatment of
  Acute Stroke"*.
  Study Role: ***Principal Investigator***
  Funding period: July 1997- July 1998.
  Amount Received: **$ 25,000**

♦ Los Angeles County Sheriff's Department for study entitled: *"Positional Asphyxia and its
  Relation To Various Restraint Devices"*
  Study Role: ***Co-Principal Investigator***
  Funding period: 1995.
  Amount Received: **$ 7,000**

♦ Glaxo Pharmaceuticals, Inc. for study entitled: *"The Use of Metered Dose Inhalers for
  Treatment of Acute Asthma in the Prehospital Setting"*.
  Study Role: ***Principal Investigator***
  Funding period: 1994.
  Amount Received: **$ 5,200**

## Peer-Reviewed Journal Reviewer:

*Academic Emergency Medicine*

*Prehospital Emergency Care*

*Critical Care*

*Pediatrics*

*Annals of Emergency Medicine*

*Resuscitation*

Marc Eckstein, MD, MPH                                                    Page 47

## Editorial Board Member:

     2004 –   Present: *Prehospital Emergency Care*
     2005 –   2012t: *Journal of Emergency Medical Services*

## Media Presentations:

- KCAL TV Channel 9 Los Angeles 30 minute documentary entitled "Are We Safe?" – key person interviewed on this program discussing preparation for terrorist attacks.

- On-scene interviews at numerous emergency incidents, including expanded EMS incidents, multiple casualty incidents, and physical rescues.

- Provided numerous press conferences representing both LAC/USC Medical Center and Los Angeles Fire Department

- Conducted interview regarding introduction of prehospital 12 lead ECGs on KNBC news

- Conducted interview in Spanish regarding creation of STEMI-Receiving Centers for heart attack patients on Telemundo

## Languages Spoken: English and Spanish

*References available upon request*