CASEY W. TYLER, ESQ.
Nevada Bar No.: 9706
RYAN T. O'MALLEY, ESQ.
Nevada Bar No.: 12461
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendants*
*Valley Health System, LLC,*
*d/b/a Centennial Hills Hospital Medical Center;*
*and Jill McAtee, RN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual; JOZETTE FIGUEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Nevada Limited Liability Company; UNIVERSAL HEALTH SERVICES OF DELAWARE, INC., a Delaware corporation; VALLEY HOSPITAL MEDICAL CENER, INC., a Nevada Corporation, EMCARE, INC., a Delaware Corporation; TANYA NETZ PAC; JILL MCATEE, RN; DOE DEFENDANTS I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01503-RFB-CWH<br><br>STIPULATION AND PROPOSED ORDER:<br><br>(1) DISMISSING JILL MCATEE, RN<br><br>(2) DISMISSING UNIVERSAL HEALTH SERVICES OF DELAWARE, INC.<br><br>(3) DISMISSING VALLEY HOSPITAL MEDICAL CENTER, INC. |

Plaintiffs Amy Vilela ("Viela"), Jozette Figueredo ("Figueredo"), Amy Vilela as the Special Administrator of the Estate of Shalynne Ramos (the "Ramos Estate") (collectively

"Plaintiffs"); and Defendants Valley Health System, LLC, d/b/a Centennial Hills Hospital Medical Center ("Valley Health LLC"), Valley Hospital Medical Center, Inc. ("Valley Hospital Inc."), Universal Health Services of Delaware, Inc. ("UHS of Delaware"), and Jill McAtee, RN ("McAtee") (collectively "Valley Health Defendants") hereby stipulate as follows:

(1) Valley Health LLC is the appropriate Valley Health Defendant to be named with respect to the allegations in Plaintiff's Complaint.

(2) UHS of Delaware and Valley Health LLC are not alter egos of one another, and UHS of Delaware and Valley Health LLC are not agents of one another in any capacity. Plaintiffs shall therefore dismiss their claims against UHS of Delaware without prejudice.

(3) Valley Hospital Inc. and Valley Health LLC are not alter egos of one another, and Valley Health Inc. and Valley Health LLC are not agents of one another in any capacity. Plaintiffs shall therefore dismiss their claims against Valley Hospital Inc. without prejudice.

(4) McAtee was acting within the course and scope of her employment with Valley Health LLC during all times relevant to the allegations in Plaintiffs' Complaint. Plaintiffs shall therefore dismiss their claims against McAtee without prejudice.

...

(5) Should discovery reveal new information indicating that McAtee, UHS of Delaware, or Valley Hospital Inc. are proper Defendants to this action, Plaintiffs reserve their right to move for amendment of their Complaint in a manner consistent with the Federal Rules of Civil Procedure. Should Plaintiffs amend their Complaint to include any of these parties, the law firm of Hall Prangle & Schoonveld shall accept service of process on their behalf.

IT IS SO STIPULATED:

| HALL PRANGLE & SCHOONVELD, LLC | LAW OFFICES OF CASEY D. GISH |
|---|---|
| /s/ Ryan T. O'Malley<br>CASEY W. TYLER, ESQ.<br>Nevada Bar No.: 9706<br>RYAN T. O'MALLEY, ESQ.<br>Nevada Bar No.: 12461<br>1160 N. Town Center Dr., Ste. 200<br>Las Vegas, NV 89144<br>*Attorneys for Defendants Valley Health System, LLC, d/b/a Centennial Hills Hospital Medical Center; and Jill McAtee, RN* | /s/ Casey D. Gish<br>CASEY D. GISH, ESQ.<br>Nevada Bar No.: 6657<br>5940 South Rainbow Road<br>Las Vegas, NV 89118<br>*Attorneys for Plaintiffs* |

## ORDER

Pursuant to the terms of the attached stipulation, the Court orders as follows:

1. Plaintiffs' claims against Defendant Jill McAtee, RN are dismissed without prejudice.
2. Plaintiffs' claims against Defendant Universal Health Services of Delaware, Inc. are dismissed without prejudice.
3. Plaintiffs' claims against Defendant Valley Hospital Medical Center, Inc. are dismissed without prejudice.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of October, 2016.

4823-5464-6841, v. 1