CASEY D. GISH, Esq.
Nevada Bar No. 6657
THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Phone: (702) 583-5883
Fax: (702) 447-6845
Email: info@gishlawfirm.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual;<br>JOZETTE FIGUEREDO, an individual;<br>AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation;  VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Deleware Corporation; Tanya Netz PAC; Jill Mcatee, RN; DOE Defendants I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:16-cv-01503<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT TANYA NETZ' MOTION TO DISMISS**<br><br>**FIRST REQUEST** |

Plaintiffs, by and through their attorney of record, Casey D. Gish, Esq. of The Law Office of Casey D. Gish and Defendant, TANYA NETZ, PAC, by and through her attorney of record, Todd Weiss, Esq. of John H. Cotton and Associates, hereby stipulate as follows:

1

(1) The due date for Plaintiffs' Opposition to Defendant NETZ's Motion to Dismiss (ECF 12) was October 3, 2016.

(2) The parties agree that the due date for the Opposition should be extended to October 4, 2016.

(3) Counsel for Plaintiffs moved his office location beginning September 28, 2016. The move continued through October 1, 2016.

(4) Counsel for Plaintiff has had intermittent computer problems while getting his new office location set-up. These problems resulted in the inability of Plaintiffs' Counsel to file Plaintiffs' Opposition to Defendant NETZ's Motion to Dismiss until 5:37 a.m. on October 4, 2016, which was 5 hours and 37 minutes late.

(5) Counsel for Defendant NETZ has no objection to the filing being 5 hours and 37 minutes late.

IT IS SO STIPULATED.

| Dated this 4th Day of October, 2016 | Dated this 4th Day of October, 2016 |
|---|---|
| /s/ *Casey D. Gish* <br> _____ <br> CASEY D. GISH, Esq. <br> Nevada Bar No. 6657 <br> THE LAW OFFICE OF CASEY D. GISH <br> 5940 S. Rainbow Blvd. <br> Las Vegas, NV 89118 <br> Phone: (702) 583-5883 <br> Fax: (702) 447-6845 <br> Email: info@gishlawfirm.com <br> *Attorney for Plaintiffs* | /s/ *Todd Weiss* <br> _____ <br> TODD WEISS, Esq. <br> Nevada Bar No. 14130 <br> JOHN H. COTTON AND ASSOCIATES <br> 7900 West Sahara Ave., #200 <br> Las Vegas, NV 89117 <br> Phone: 702-832-5909 <br> Fax: 702-832-5910 <br> Email: TWeiss@jhcottonlaw.com <br> *Attorneys for Defendant Tanya Netz, PAC* |

## **ORDER**

Pursuant to the terms of the attached stipulation, the Court orders as follows:

1. Good cause exists for the retroactive extension of the due date for Plaintiffs' Opposition to Defendant NETZ's Motion to Dismiss (ECF 12).

2. The due date for the Opposition is retroactively extended to October 4, 2016.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED:  October 10, 2016.

3