CASEY W. TYLER, ESQ.
Nevada Bar No.: 9706
RYAN T. O'MALLEY, ESQ.
Nevada Bar No.: 12461
HALL PRANGLE & SCHOONVELD, LLC
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendants*
*Valley Health System, LLC,*
*d/b/a Centennial Hills Hospital Medical Center*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual; JOZETTE FIGUEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Nevada Limited Liability Company; UNIVERSAL HEALTH SERVICES OF DELAWARE, INC., a Delaware corporation; VALLEY HOSPITAL MEDICAL CENER, INC., a Nevada Corporation, EMCARE, INC., a Delaware Corporation; TANYA NETZ PAC; JILL MCATEE, RN; DOE DEFENDANTS I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01503-RFB-CVH<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |

Plaintiffs Amy Vilela ("Viela"), Jozette Figueredo ("Figueredo"), Amy Vilela as the Special Administrator of the Estate of Shalynne Ramos (the "Ramos Estate") (collectively

1  "Plaintiffs"); Defendant Valley Health System, LLC, d/b/a Centennial Hills Hospital Medical
2  Center ("Valley Health"); and Defendant Tanya Netz, PAC, ("Netz") hereby stipulate as follows:
3      (1) The due date for Valley Health's Reply in Support of its Motion to Dismiss (Doc
4          #14) is currently October 27, 2016.
5      (2) The parties agree that the due date for the Reply should be extended to November 3,
6          2016.
7      (3) Counsel for Valley Health is currently working on over twenty reply briefs in support
8          of motions *in limine* for a case with a firm trial date. A one-week extension is
9          therefore needed to complete the Reply in this matter.
10     (4) No parties will be prejudiced by the contemplated extension. Discovery has not yet
11         begun, and no trial date is set in this matter.

IT IS SO STIPULATED:

DATED this 27th day of October, 2016.　　　DATED this 27th day of October, 2016.

HALL PRANGLE & SCHOONVELD, LLC　　　LAW OFFICES OF CASEY D. GISH

/s/: Ryan T. O'Malley　　　　　　　　　　　　/s/: Casey D. Gish
CASEY W. TYLER, ESQ.　　　　　　　　　　CASEY D. GISH, ESQ.
Nevada Bar No.: 9706　　　　　　　　　　　Nevada Bar No.: 6657
RYAN T. O'MALLEY, ESQ.　　　　　　　　　5940 South Rainbow Road
Nevada Bar No.: 12461　　　　　　　　　　Las Vegas, NV 89118
1160 N. Town Center Dr., Ste. 200　　　　　　*Attorneys for Plaintiffs*
Las Vegas, NV 89144
*Attorneys for Defendants Valley Health System, LLC, d/b/a Centennial Hills Hospital Medical Center*

DATED this 27th day of October, 2016.

JOHN H. COTTON & ASSOCIATES

/s/: Todd Weiss
TODD WEISS, ESQ.
Nevada Bar No.: 14130
7900 W. Sahara Ave., #200
Las Vegas, NV 89117
*Attorneys for Defendant Tanya Netz, PAC*

HALL PRANGLE & SCHOONVELD, LLC
1160 NORTH TOWN CENTER DRIVE, STE. 200
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400  FACSIMILE: 702-384-6025

*Amy Vilela, et al. vs. Valley Health System, LLC, et al.*
Case No.: 2:16-cv-01503-RFB-CVH

## ORDER

Pursuant to the terms of the attached stipulation, the Court orders as follows:

1. Good cause exists for extension of the due date for Valley Health Systems, LLC's Reply in Support of its Motion to Dismiss (Doc. #14).

2. The due date for the Reply is extended to November 3, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 3rd day of November, 2016.

Respectfully Submitted:

HALL PRANGLE & SCHOONVELD, LLC

/s/: *Ryan T. O'Malley*
CASEY W. TYLER, ESQ.
Nevada Bar No.: 9706
RYAN T. O'MALLEY, ESQ.
Nevada Bar No.: 12461
1160 N. Town Center Dr., Ste. 200
Las Vegas, NV  89144
*Attorneys for Defendants Valley Health System, LLC,*
*d/b/a Centennial Hills Hospital Medical Center*