JOHN H. COTTON, ESQ.
Nevada Bar No. 005268
E-mail: jhcotton@jhcottonlaw.com
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Telephone:   702/832-5909
Facsimile:    702/832-5910
*Attorneys for Defendants Tanya Netz, PA-C and Emcare, Inc.*

### UNITED STATES DISRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual; JOZETTE FIGUEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>Plaintiffs,<br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation; VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Delaware Corporation; Tanya Netz, PA-C; Jill Mcatee, RN; DOE DEFENDANTS I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.:   2:16-cv-01503-RFB-CWH<br><br>**STIPULATION AND ORDER PERMITTING EMCARE, INC.'S JOINDER TO TANYA NETZ, PA-C'S MOTION TO DISMISS** |

COMES NOW, the parties, by and through their undersigned counsel, and hereby stipulate that the defendant EMCARE, INC. may join defendant TANYA NETZ, PA-C'S Motion to Dismiss, despite the passing of the deadline in which to join a party's motion.

Due to an administrative error, it was unclear that the law firm of John H. Cotton & Associates was charged with also representing Emcare, Inc. in this matter along with Tanya

Netz, PA-C. Emcare, Inc. has every intention to participate in these proceedings, and sincerely apologizes for any hardship caused to the parties and the Court as a result of this mistake. With the blessing of all of the parties in this matter, defendant Emcare, Inc. now wishes to appear in this matter by joining the Motion to Dismiss previously filed by defendant Tanya Netz, PA-C.

DATED this ____ day of February, 2017.

HALL PRANGLE & SCHOONVELD, LCC

_____
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
RYAN T. O'MALLEY, ESQ.
Nevada Bar No. 12461
1160 N. Town Center Dr., Ste.200
Las Vegas, NV 89144
*Attorneys for Defendant Valley Health System, LLC d/b/a Centennial Hills Hospital Medical Center*

DATED this ____ day of February, 2017.

LAW OFFICES OF CASEY D. GISH

/s/ Casey D. Gish
_____
CASEY D. GISH, ESQ.
Nevada Bar No. 6657
5940 South Rainbow Road
Las Vegas, NV 89118
*Attorneys for Plaintiffs*

DATED this 15 day of February, 2017.

JOHN H. COTTON & ASSOCIATES

_____
John H. Cotton, Esq.
Nevada Bar No. 5268
7900 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants Tanya Netz, PA-C and Emcare, Inc.*

Netz, PA-C. Emcare, Inc. has every intention to participate in these proceedings, and sincerely apologizes for any hardship caused to the parties and the Court as a result of this mistake. With the blessing of all of the parties in this matter, defendant Emcare, Inc. now wishes to appear in this matter by joining the Motion to Dismiss previously filed by defendant Tanya Netz, PA-C.

DATED this 14 day of February, 2017.

HALL PRANGLE & SCHOONVELD, LCC

_/s/ Ryan O'Malley_
CASEY W. TYLER, ESQ.
Nevada Bar No. 9706
RYAN T. O'MALLEY, ESQ.
Nevada Bar No. 12461
1160 N. Town Center Dr., Ste.200
Las Vegas, NV 89144
*Attorneys for Defendant Valley Health System, LLC d/b/a Centennial Hills Hospital Medical Center*

DATED this ___ day of February, 2017.

LAW OFFICES OF CASEY D. GISH

_____
CASEY D. GISH, ESQ.
Nevada Bar No. 6657
5940 South Rainbow Road
Las Vegas, NV 89118
*Attorneys for Plaintiffs*

DATED this ___ day of February, 2017.

JOHN H. COTTON & ASSOCIATES

_____
John H. Cotton, Esq.
Nevada Bar No. 5268
7900 W. Sahara Ave., \#200
Las Vegas, NV 89117
*Attorneys for Defendants Tanya Netz, PA-C and Emcare, Inc.*

*Amy Vilela, et al. vs. Valley Health System, LLC, et al.*
Case No.: 2:16-01503-RFB-CVH

## ORDER

UPON STIPULATION OF THE PARTIES, and good cause appearing therefore, it is HEREBY ORDERED, ADJUDGED and DECREED that defendant Emcare, Inc. be allowed to join the Motion to Dismiss previously filed by defendant Tanya Netz, PA-C.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 17th day of February, 2017.

Respectfully Submitted:

JOHN H. COTTON & ASSOCIATES

_____
John H. Cotton, Esq.
Nevada Bar No. 5268
7900 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Defendants Tanya Netz, PA-C and Emcare, Inc.*

3

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the 15th day of February 2017, I served a true and correct copy of the foregoing **STIPULATION AND ORDER PERMITTING EMCARE, INC.'S JOINDER TO TANYA NETZ, PA-C'S MOTION TO DISMISS** via CMF CM/ECF, pursuant to FRCP5(b)(3)(E) and LR 5-4, to the following:

Casey D. Gish, Esq.
THE LAW OFFICES OF CASEY D. GISH
5940 South Rainbow Blvd.
Las Vegas, Nevada 89118
  *Attorneys for Plaintiff*

Casey Tyler, Esq.
HALL PRANGLE SCHOONVELD, LLC
1160 North Town Center Drive, Suite 200
Las Vegas, Nevada 89144
  *Attorneys for Dfendants Valley Healthh System, LLC d/b/a Centennial Hills Hospital Medical Center and Jill Mcatee, R.N.*

            /s/ Terri Bryson
An Employee of John H. Cotton & Associates