STED
John H. Cotton, Esq.
Nevada Bar No. 005268
E-mail: jhcotton@jhcottonlaw.com
JOHN H. COTTON & ASSOCIATES, LTD.
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Telephone:   702/832-5909
Facsimile:    702/832-5910
*Attorneys for Defendant Tanya Netz, PA-C
and Emcare, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMY VILELA, an individual; JOZETTE FOIEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,

Plaintiffs,

vs.

VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Nevada Limited Liability Company; UNIVERSAL HEALTH SERVICES OF DELAWARE, INC., a Delaware corporation; Tanya Netz, PA-C; Jill Mcatee, RN; DOE DEFENDANTS I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive.

Defendants.

Case No.: 2:16-cv-01503-RFB-CWH

JOINT PROPOSED STIPULATION AND ORDER TO EXTEND REMAINING DISCOVERY DEADLINES SET FORTH IN COURT'S APRIL 21, 2017 ORDER

(First Request)

IT IS HEREBY STIPULATED AND AGREED, jointly by all parties, by and through their respective counsel of record, to extend the discovery deadlines. The parties hereby move this Court to extend the remaining discovery deadlines as they were set forth in the Court's Order from April 21, 2017, with good cause as is described below.

A.   DISCOVERY COMPLETED TO DATE

The parties have completed the following discovery to date;

Plaintiffs have served their initial FRCP 26 disclosures;

Defendants have served their initial FRCP 26 disclosures; and

Defendants have propounded their first sets of interrogatories and requests for production, with Plaintiffs responses pending;

### B. DISCOVERY THAT REMAINS TO BE COMPLETED

Receipt, review, disclosure of additional medical records;

Additional rounds of written discovery

Depositions of the named Plaintiffs;

Depositions of multiple named Defendants and possibly PMKs;

Deposition of other percipient witnesses and participating or treating healthcare providers;

Disclosure of Initial Expert reports and Rebuttal Expert Reports; and

Depositions of designated expert witnesses.

### C. REASON FOR NOT COMPLETING DISCOVERY WITHIN TIME SET BY COURT'S ORDER FROM APRIL 21, 2017

Discovery in this matter was delayed by the multiple, pending motions to dismiss that were not heard until nearly a year after their filing. Now that the matter of claims and jurisdiction has recently been adjudicated, as part of the Order entered on 9/27/17, the parties look forward to advancing this litigation and proceeding with discovery. This case concerns a complex medical matter, and involving a number a number of treating providers, multiple locations, and pertinent events spanning many months in time. Additionally, this case presents a combination of federal and pendent state claims as between the parties.

In addition to the multiple named Plaintiffs, there are number of key percipient witnesses

in this matter that will certainly need to be deposed, some of which do not currently reside in the local jurisdiction. This case also involves multiple professional/corporate entities who may have to offer up PMKs for deposition, if requested by the Plaintiffs. Counsel for all parties are working closely and diligently to get the substantial remaining discovery completed in a timely manner.

All parties agree that in the interest of completing the necessary discovery, it would be best to extend the current discovery deadlines an additional 90 days. No trial date has yet to be set in this matter, so the proposed extension will have no bearing on trial. Under FRCP 16(b)(4), the parties hereby assert that they have diligently attempted to complete discovery as scheduled in earnest, and now request the following extension of the current deadlines with good and proper cause.

WHEREFORE, the parties hereby jointly stipulate and respectfully move this Court to enter an order extending remaining deadlines as set forth in the April 21, 2017 Order. The parties proposed extensions to the remaining discovery deadlines are as follows:

### D. PROPOSED NEW SCHEDULE

| | Present Deadlines | New Deadlines |
|---|---|---|
| Last day to amend pleadings/add parties: | 12/27/17 | **3/27/18** |
| Initial Expert Disclosures: | 1/28/18 | **4/30/18** |
| Interim Status Report | 1/28/18 | **4/30/18** |
| Rebuttal Expert Disclosures: | 2/27/18 | **5/28/18** |
| Close of Discovery: | 3/30/18 | **6/29/18** |
| Last Day to File Dispositive Motions: | 4/28/18 | **7/30/18** |

### E. CURRENT TRIAL DATE

Case No.: 2:16-cv-01503-RFB-CWH
Case Name: *Vilela et al. v. Valley Health System et al.*

No start of trial date has been set in this matter, therefore, no rescheduling of the current trial date is required with the above proposed deadlines.

We, the undersigned, stipulate and agree to the proposed new deadlines as indicated above.

IT IS SO STIPULATED.

JOHN H. COTTON & ASSOCIATES

_____          DATED: 12-8-17
JOHN H. COTTON. ESQ.
Nevada Bar No.: 5268
*Attorneys for Defendants Tanya Netz, PA-C and EmCare Inc.*


_____          DATED: _____
CASEY GISH, ESQ.
Nevada Bar No. 6657
*Attorneys for Plaintiffs*


_____          DATED: 11/28/17
CASEY TYLER, ESQ.
Nevada Bar No. 9706
*Attorneys for Jill McAtee, RN and Valley Health System LLC*

- 4 -

Case No.: 2:16-cv-01503-RFB-CWH
Case Name: *Vilela et al. v. Valley Health System et al.*

No start of trial date has been set in this matter, therefore, no rescheduling of the current trial date is required with the above proposed deadlines.

We, the undersigned, stipulate and agree to the proposed new deadlines as indicated above.

IT IS SO STIPULATED.

JOHN H. COTTON & ASSOCIATES

DATED: _____

JOHN H. COTTON, ESQ.
Nevada Bar No.: 5268
*Attorneys for Defendants Tanya Netz, PA-C and EmCare Inc.*

DATED: 12/9/17

CASEY GISH, ESQ.
Nevada Bar No. 6657
*Attorneys for Plaintiffs*

DATED: _____

CASEY TYLER, ESQ
Nevada Bar No. 9706
*Attorneys for Jill McAtee, RN and Valley Health System LLC*

-4-

Case No.: 2:16-cv-01503-RFB-CWH
Case Name: *Vilela et al. v. Valley Health System et al.*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this "STIPULATION TO EXTEND DISCOVERY DEADLINES" is hereby granted, and that the discovery deadlines will be amended as follows:

|  | **Present Deadlines** | **New Deadlines** |
|---|---|---|
| Last day to amend pleadings/add parties: | 12/27/17 | **3/27/18** |
| Initial Expert Disclosures: | 1/28/18 | **4/30/18** |
| Interim Status Report | 1/28/18 | **4/30/18** |
| Rebuttal Expert Disclosures: | 2/27/18 | **5/28/18** |
| Close of Discovery: | 3/30/18 | **6/29/18** |
| Last Day to File Dispositive Motions: | 4/28/18 | **7/30/18** |

DATED this _____ day of _____ 2017

_____
FEDERAL MAGISTRATE

Respectfully submitted by:

**JOHN H. COTTON & ASSOCIATES, LTD.**

_____                   DATED: 12-9-17
JOHN H. COTTON, ESQ.
Nevada Bar No.: 5268
*Attorneys for Defendants Tanya Netz, PA-C and EmCare Inc.*

- 5 -