CASEY D. GISH, Esq.
Nevada Bar No. 6657
THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Phone: (702) 583-5883
Fax: (702) 447-6845
Email: casey@gishlawfirm.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual;<br>JOZETTE FIGUEREDO, an individual;<br>AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>                Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation; VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Deleware Corporation; Tanya Netz PAC; Jill Mcatee, RN; DOE Defendants I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>                Defendants. | Case No.: 2:16-cv-01503<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATE FOR PLAINTIFFS' OPPOSITION TO DEFENDANT VALLEY HEALTH SYSTEM, LLC, D/B/A CENTENNIAL HILLS HOSPITAL AND MEDICAL CENTER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Plaintiffs, by and through their attorney of record, Casey D. Gish, Esq. of The Law Office of Casey D. Gish and Defendant, VALLEY HEALTH SYSTEM, LLC, dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, by and through their attorney of record, Casey W. Tyler, Esq. of Hall Prangle & Schoonveld, and Defendant, TANYA NETZ, PAC, by and through

1

THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Phone (702) 583-5883

her attorney of record, Todd Weiss, Esq. of John H. Cotton and Associates, hereby stipulate as follows:

(1) The due date for Plaintiffs' Opposition to Defendant VALLEY HEALTH SYSTEM, LLC dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER'S Motion for Partial Summary Judgment is November 5, 2018.

(2) The parties agree that the due date for the Opposition should be extended to Friday, November 9, 2018.

(3) No parties will be prejudiced by four-day extension. There is no pending trial date in this matter.

IT IS SO STIPULATED.

| Dated this 7th day of November, 2018 | Dated this 7th day of November, 2018 |
|---|---|
| /s/ *Casey D. Gish* <br> _____ <br> CASEY D. GISH, Esq. <br> Nevada Bar No. 6657 <br> THE LAW OFFICE OF CASEY D. GISH <br> 5940 S. Rainbow Blvd. <br> Las Vegas, NV 89118 <br> Phone: (702) 583-5883 <br> Fax: (702) 447-6845 <br> Email: casey@gishlawfirm.com <br> *Attorney for Plaintiffs* | /s/ *Todd Weiss* <br> _____ <br> TODD WEISS, Esq. <br> Nevada Bar No. 14130 <br> JOHN H. COTTON AND ASSOCIATES <br> 7900 West Sahara Ave., #200 <br> Las Vegas, NV 89117 <br> Phone: 702-832-5909 <br> Fax: 702-832-5910 <br> Email: TWeiss@jhcottonlaw.com <br> *Attorneys for Defendant Tanya Netz, PAC* |
| Dated this 7th day of November, 2018 <br><br> /s/ *Casey W. Tyler* <br> _____ <br> Casey W. Tyler, Esq. <br> Nevada Bar No. 9706 <br> HALL PRANGLE & SCHOONVELD <br> 1160 North Town Center Drive., #200 <br> Las Vegas, NV 89144 <br> Phone: 702-889-6400 <br> Fax: 702-384-6025 <br> Email: efile@hpslawlaw.com <br> *Attorney for Defendant Valley Health System, LLC* | |

## **ORDER**

Pursuant to the terms of the attached stipulation, the Court orders as follows:

1. Good cause exists for the extension of the due date for Plaintiffs' Opposition to Defendant VALLEY HEALTH SYSTEM, LLC's Motion for Partial Summary Judgment.

2. The due date for the Opposition is extended to Friday, November 9, 2018.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 8, 2018.

THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Phone (702) 583-5883