# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMY VILEA, ET AL., | Case No. 2:16-cv-01503-RFB-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| VALLEY HEALTH SYSTEM, LLC, | |
| Defendants. | |

This matter is before the Court on Defendants Tanya Netz, PC-C and Emcare, Inc.'s Motion for Extension of Expert Disclosure Deadlines on Order Shortening Time (ECF No. 79), filed on October 2, 2019. Defendants contend that their retained emergency medicine expert Thomas Lee, M.D. unexpectedly withdrew on September 30, 2019. No reason was given for his withdrawal and they need an extension to the expert disclosure deadline for three weeks to obtain a new expert.

The Court granted Defendants' request to decide this matter on shortened time. (ECF No. 80). As such, any response to the instant motion was due by the end of the day on October 3, 2019. To date, no response has been filed. Pursuant to Local Rule 7-2(d), failure to file points and authorities in response to the motion "constitutes a consent to the granting of the motion." LR 7-2(d). Moreover, the Court finds good cause to grant the extension of the discovery for three weeks to the expert disclosure and rebuttal expert disclosure deadlines.

IT IS THEREFORE ORDERED that Defendants Tanya Netz, PC-C and Emcare, Inc.'s Motion for Extension of Expert Disclosure Deadlines on Order Shortening Time (ECF No. 79) is **granted**.

IT IS FURTHER ORDERED that the expert disclosure deadline is extended from October 4, 2019 to October 25, 2019 and the rebuttal expert disclosure deadline is extended from November 4, 2019 to November 25, 2019.

DATED: October 8, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE