CASEY D. GISH, Esq.
Nevada Bar No. 6657
THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Phone: (702) 583-5883
Fax: (702) 447-6845
Email: casey@gishlawfirm.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMY VILELA, an individual; JOZETTE FIGUEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation; VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Deleware Corporation; Tanya Netz PAC; Jill Mcatee, RN; DOE Defendants I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:16-cv-01503<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATES FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' VALLEY HEALTH SYSTEM, LLC, D/B/A CENTENNIAL HILLS HOSPITAL AND MEDICAL CENTER'S AND TANYA NETZ PAC'S AND EMCARE'S RENEWED MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FIRST REQUEST** |

Plaintiffs, by and through their attorney of record, Casey D. Gish, Esq. of The Law Office of Casey D. Gish and Defendant, VALLEY HEALTH SYSTEM, LLC, dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, by and through their attorney of record, Casey W. Tyler, Esq. of Hall Prangle & Schoonveld, and Defendant, TANYA NETZ, PAC, by and through

1

her attorney of record, Todd Weiss, Esq. of John H. Cotton and Associates, hereby stipulate as follows:

(1) The due date for Plaintiffs' Oppositions to Defendants, VALLEY HEALTH SYSTEM, LLC dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER and JILL MCATEE's Renewed Motion for Summary Judgment on Plaintiffs' EMTALA Claim (Doc. No. 93) and Renewed Motion for Partial Summary Judgement on Plaintiffs' Jozette Figuerdo and Josiah McKinney claims (Doc. No. 95) and Motion for Partial Summary Judgement to Limit Plaintiffs' Hedonic Damage Claim to the $350,000 Non-Economic Damage Cap Per NRS 41A.035 (Doc. No. 94) was April 10, 2020.

(2) The parties agreed that the due date for the Opposition to the Renewed Motion for Partial Summary Judgment (Doc. No. 93) should be extended to Tuesday, April 14, 2020 and the due date for the Oppositions to the Renewed Motion for Partial Summary Judgement on Plaintiffs' Jozette Figuerdo and Josiah McKinney claims (Doc. No. 95) and Motion for Partial Summary Judgement to Limit Plaintiffs' Hedonic Damage Claim to the $350,000 Non-Economic Damage Cap Per NRS 41A.035 (Doc. No. 94) and the Joinders thereto should be extended to Friday, April 17, 2020.

(3) No parties will be prejudiced by this short extension. There is no pending trial date in this matter.

IT IS SO STIPULATED.

| Dated this 14th day of April, 2020 | Dated this 14th day of April, 2020 |
|---|---|
| /s/ *Casey D. Gish* | /s/ *Craig D. Slater* |
| CASEY D. GISH, Esq.<br>Nevada Bar No. 6657<br>THE LAW OFFICE OF CASEY D. GISH<br>5940 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Phone: (702) 583-5883<br>Fax: (702) 447-6845<br>Email: casey@gishlawfirm.com<br>*Co-counsel for Plaintiffs* | CRAIG D. SLATER, Esq.<br>Nevada Bar No. 8667<br>LUH & ASSOCIATES<br>8987 W. Flamingo Rd., #100<br>Las Vegas, NV 89147<br>Phone: 702-367-8899<br>Fax: 702-384-8899<br>Email: cslater@luhlaw.com<br>*Co-counsel for Plaintiffs* |

Dated this 14th day of April, 2020

/s/ *Casey W. Tyler*

_____
Casey W. Tyler, Esq.
Nevada Bar No. 9706
HALL PRANGLE & SCHOONVELD
1140 North Town Center Drive., #350
Las Vegas, NV 89144
Phone: 702-889-6400
Fax: 702-384-6025
Email: efile@hpslawlaw.com
*Attorney for Defendant Valley Health System, LLC*

Dated this 14th day of April, 2020

/s/ *Todd Weiss*

_____
TODD WEISS, Esq.
Nevada Bar No. 14130
JOHN H. COTTON AND ASSOCIATES
7900 West Sahara Ave., #200
Las Vegas, NV 89117
Phone: 702-832-5909
Fax: 702-832-5910
Email: TWeiss@jhcottonlaw.com
*Attorneys for Defendant Tanya Netz, PAC and Emcare, Inc.*

**ORDER**

Pursuant to the terms of the foregoing stipulation, the Court orders as follows:

1. Good cause exists for the extension of the due date for Plaintiffs' Oppositions to Defendants, VALLEY HEALTH SYSTEM, LLC dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER and JILL MCATEE's Renewed Motion for Summary Judgment on Plaintiffs' EMTALA Claim (Doc. No. 93) and Renewed Motion for Partial Summary Judgement on Plaintiffs' Jozette Figuerdo and Josiah McKinney claims (Doc. No. 95) and Motion for Partial Summary Judgement to Limit Plaintiffs' Hedonic Damage Claim to the $350,000 Non-Economic Damage Cap Per NRS 41A.035 (Doc. No. 94) and the Joinders thereto.

2. The due date for the Oppositions are extended to April 14, 2020 for Defendants, VALLEY HEALTH SYSTEM, LLC dba CENTENNIAL HILLS HOSPITAL MEDICAL CENTER and JILL MCATEE's Renewed Motion for Summary Judgment on Plaintiffs' EMTALA Claim (Doc. No. 93) and to April 17, 2020 for both the Renewed Motion for Partial Summary Judgement on Plaintiffs' Jozette Figuerdo and

THE LAW OFFICE OF CASEY D. GISH
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Phone (702) 583-5883

Josiah McKinney claims (Doc. No. 95) and the Motion for Partial Summary Judgement to Limit Plaintiffs' Hedonic Damage Claim to the $350,000 Non-Economic Damage Cap Per NRS 41A.035 (Doc. No. 94) and any Joinders thereto.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of April, 2020.

# CERTIFICATE OF SERVICE

I, <u>          Casey D. Gish          </u>, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen (18) years and not a party to the action within. My business address is 5940 S. Rainbow Blvd., Las Vegas, Nevada 89118.

I attest that I served the document described as **STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATES FOR PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' VALLEY HEALTH SYSTEM, LLC, D/B/A CENTENNIAL HILLS HOSPITAL AND MEDICAL CENTER'S AND TANYA NETZ PAC'S AND EMCARE'S RENEWED MOTIONS FOR PARTIAL SUMMARY JUDGMENT** on those parties/attorneys whose address appears below:

  X   VIA ELECTRONIC SERVICE: in accordance with FRCP 5 through the CM/ECF electronic filing system. I am "readily familiar" with the firm's practice of electronically serving documents.

JOHN H. COTTON AND ASSOCIATES, LTD
c/o John H. Cotton, Esq.
7900 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
P: 702-832-5909
F: 702-832-5910
E: jhcotton@jhcottonlaw.com
*Attorney for Defendants Tanya Netz, PAC and Emcare, Inc.*

HALL PRANGLE & SCHOONVELD, LLC
c/o Casey Tyler, Esq.
1140 N. Town Center Drive, Suite 350
Las Vegas, NV 89144
P: 702-889-6400
F: 702-384-6025
E: ctyler@hpslaw.com
*Attorneys for Defendants Valley Health System, LLC*
*d/b/a Centennial Hills Hospital Medical Center*

LUH & ASSOCIATES
c/o Craig D. Slater, Esq.
8987 W. Flamingo Rd., #100
Las Vegas, NV 89147
P: 702-367-8899
F: 702-384-8899
E: cslater@luhlaw.com
*Co-counsel for Plaintiffs*

Executed on the  14th  day of April, 2020.

/s/ *Casey D. Gish*
_____
An employee of THE LAW OFFICE OF CASEY D. GISH