CASEY D. GISH, ESQ.
Nevada Bar No. 006657
**THE LAW OFFICE OF CASEY D. GISH**
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Casey@GishLawFirm.com
(702) 583-5883 Telephone
(702) 483-4608 Facsimile
*Attorney for Plaintiffs*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY VILELA, an individual; JOZETTE FIGUEREDO, an individual; AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>    Plaintiffs,<br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation;  VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Delaware Corporation; Tanya Netz PAC; Jill Mcatee, RN; DOE Defendants I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01503-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DUE DATE FOR THE JOINT PRE-TRIAL ORDER** |

Plaintiffs, by and through their attorney of record, CASEY D. GISH, ESQ., of THE LAW OFFICE OF CASEY D. GISH, and CRAIG D. SLATER, ESQ. of LUH & ASSOCIATES; and Defendants, VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER and JILL MCATEE, RN, by and through their attorney of record CASEY TYLER, ESQ. and CHARLOTTE BUYS, ESQ., of HALL

PRANGLE & SCHOONVELD, LLC; and Defendants, TANYA NETZ, PAC, and EMCARE, INC., by and through their attorney of record TODD WEISS, ESQ., of JOHN H. COTTON AND ASSOCIATES, LTD, hereby stipulate as follows:

(1) As per Document No. 114 Minutes of Proceedings on Motion Hearing Held on March 3. 2021 before the Honorable Richard F. Boulware, II, served on March 5, 2021 at 6:23 P.M. PST, "FURTHER ORDERED that parties shall submit a joint pre-trial order within three weeks with proposed trial dates starting in May and June 2021."

(2) Due to multiple objections from the defendants to Plaintiffs' proposed Joint Pre-Trial order, the parties have agreed to conduct a telephonic dispute conference on March 31, 2021 at 10:00 a.m. to attempt to resolve the remaining disputes pertaining to Plaintiffs' proposed Pre-Trial Report.

(3) The parties have agreed that the due date to submit the Pre-Trial order should be extended to April 2, 2021.

(4) No parties will be prejudiced by this short extension. There is no pending trial date in this matter.

(5) This is the first request for an extension of this date.

IT IS SO STIPULATED.

DATED this __26th__ day of March, 2021                           DATED this __26th__ day of March, 2021

LAW OFFICE OF CASEY D. GISH                                      LUH & ASSOCIATES
/s/ Casey D. Gish                                                /s/ Craig D. Slater
CASEY D. GISH, ESQ.                                              CRAIG D. SLATER, ESQ.
Nevada Bar No. 6657                                              Nevada Bar No. 8667
*Co-counsel for Plaintiffs*                                      *Co-counsel for Plaintiffs*

DATED this __26th__ day of March, 2021                           DATED this __26th__ day of March, 2021

JOHN H. COTTON & ASSOCAITES, LTD.                                HALL PRANGLE & SCHOONVELD
/s/ Todd Weiss                                                   /s/ Charlotte Buys
TODD WEISS, ESQ.                                                 CHARLOTTE BUYS, ESQ.
Nevada Bar No. 14130                                             Nevada Bar No. 14845

*Counsel for Defendant Tanya Netz, PAC and Emcare, Inc.*

*Counsel for Defendants Valley Health System, LLC d/b/a Centennial Hills Hospital Medical Center; and Jill Mcatee, RN*

### **ORDER**

Pursuant to the terms of the foregoing stipulation, the Court orders as follows:

1. Good cause exists for the extension of the due date to submit the Joint Pre-Trial Order.

2. The due date for the Joint Pre-Trial Order is extended to April 2, 2021.

IT IS SO ORDERED.



_____
UNITED STATES DISTRICT JUDGE

DATED: __March 29, 2021_____

Respectfully submitted by:

THE LAW OFFICE OF CASEY D. GISH

/s/ Casey D. Gish
CASEY D. GISH, ESQ.
Nevada Bar No. 006657
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Casey@GishLawFirm.com
(702) 583-5883 Telephone
(702) 483-4608 Facsimile
*Attorney for Plaintiffs*