CASEY D. GISH, ESQ.
Nevada Bar No. 006657
**THE LAW OFFICE OF CASEY D. GISH**
5940 S. Rainbow Blvd
Las Vegas, NV 89118
Casey@GishLawFirm.com
(702) 583-5883 Telephone
(702) 483-4608 Facsimile
*Counsel for Plaintiffs*

CRAIG D. SLATER, ESQ.
Nevada Bar No. 008667
**LUH & ASSOCIATES**
8987 W. Flamingo Rd., #100
Las Vegas, NV 89147
(702) 367-8899 Telephone
(702) 384-8899 Facsimile
*Co-counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| AMY VILELA, an individual;<br>JOZETTE FIGUEREDO, an individual;<br>AMY VILELA, as Special Administrator of the Estate of SHALYNNE RAMOS,<br><br>Plaintiffs,<br><br>vs.<br><br>VALLEY HEALTH SYSTEM, LLC, d/b/a CENTENNIAL HILLS HOSPITAL MEDICAL CENTER, a Delaware Limited Liability Company; UNIVERSAL HEALTH SERVICES, INC., a Delaware corporation;  VALLEY HOSPITAL MEDICAL CENTER, INC., a Nevada Corporation; EMCARE, INC., a Deleware Corporation; Tanya Netz PAC; Jill Mcatee, RN; DOE Defendants I through X, inclusive; ROE NURSES I through XX, inclusive; ZOE HOSPITALS or OTHER MEDICAL FACILITIES | Case No. 2:16-cv-01503-RFB-DJA<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

-1-

I through X; and ROE CORPORATIONS I through X, inclusive.

Defendants.

PLEASE TAKE NOTICE that Charlie H. Luh, Esq. and Craig D. Slater, Esq., of Luh & Associates, are hereby disassociated as counsel for Plaintiffs AMY VILELA and JOZETTE FIGUEREDO. Plaintiffs will continue to be represented by Casey D. Gish, Esq. of The Law Office of Casey D. Gish, Esq. in this action. Luh & Associates respectfully requests the removal of Charlie H. Luh, Esq. and Craig D. Slater, Esq. from the list of attorneys associated with this case, as well as future pleadings, notices, orders, other court documents, and counsels' proofs of service.

DATED this 5th day of January, 2023.

LUH & ASSOCIATES

*/s/ Craig D. Slater*

CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
CRAIG D. SLATER, ESQ.
Nevada State Bar No. 8667
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)

**IT IS SO ORDERED**.

DATED: 2/15/2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing NOTICE OF DISASSOCIATION OF COUNSEL to be served on all parties to this action via electronic service through the Court's CM/ECF system.

Dated this 5th day of January, 2024.

*/s/ Victoria Grant*
_____
An Employee of Luh & Associates